Cont.

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | Once Daily | The representative from Novo Nordisk, who was actually was previously a sales representative in the area. However, she was now involved in other company's event and has been out of the region for quite some time and has now returned and beginning to out, out in the field and she returned to the office today to make reacquaintance with us and introduce her, her new product, along with her partners. The product is Victoza for the treatment of diabetes and she says she will be coming back with lunch to discuss in more detail, but briefly mentioned that this is a unique product, which is not insulin, but is an injectable medication that can be used anytime with regard, without regard to meals with significant fasting sugar control and some weight reduction advantage and come back..... |
| Victoza | PCP | Once Daily | We talked about patient tolerance of a once daily injectable that patients seem to be agreeable to this. They have enjoyed that with Lantus, and it doesn't seem to be the big burden that it used to be to start them on insulin injections with every meal and at bedtime. |
| Victoza | PCP | Once Daily | Just discussed about Victoza they're new GLP-1 inhibitor agonist medication, targeted to be used after metformin while there's still beta cell function available, some basic dosing guidelines discussed. |
| Victoza | PCP | Once Daily | New Tier 1 analog with significant A1c reduction and low side effect. |
| Victoza | PCP | Once Daily | The discussion of Victoza was just its introduction to our practice by the rep. Discussion of the once-a-day formulation, the weight loss, and the decreasing hemoglobin A1c and hypoglycemic control. |
| Victoza | PCP | Once Daily | I discussed with the rep this new program for the treatment of type 2 diabetes, specifically to use in patient as monotherapy or after they have failed in controlling blood sugar and A1c with metformin. We discussed the dosing 0.6, one point after 1 week, 1.2 mcg, and then 1.8. We discussed the payment on the needles, the price of the medication, the decrease in A1c up to 1 year that could be more than 1%, and the decreasing weight up to 6 pounds, and the issues of nausea and vomiting, the tolerability of the injections, and the mechanism of action as GLP-1 agonist in the stimulating the beta cell of the pancreas. |
| Victoza | PCP | Once Daily | We talked completely about Victoza, the new medication, it's an analog product, similar that it works like Byetta, but it has a half-life of up to 13 hours as opposed to Byetta which lasts just minutes. Makes a once-a-day shot. It does have satiety with it, but much less nausea. There is some weight loss associated with it and some good A1c reductions. |
| Victoza | PCP | Once Daily | Victoza is a once-a-day injection and is beneficial for not causing much hypoglycemia and for weight loss. There is a card that comes, making it, or giving a savings about $150 over 6 months. |
| Victoza | PCP | Once Daily | Victoza, new once daily injection. Similar to Byetta. No weight gain. Use as add-on to metformin. Generally safe. Easy to use. |
| Victoza | PCP | Once Daily | Announcement that Victoza is approved by the FDA for treating diabetes, and as an adjunct to diet and exercise, and should not be, it's not recommended as first line therapy, and has not been studied in patients with pancreatitis, and to treat, or to treat type 1 diabetes mellitus, and has not been studied in combination with insulin. |
| Victoza | PCP | Once Daily | Victoza (liraglutide) rDNA origin injection once daily, 3 different strengths. Start at the lowest dose 0.6. It's a GLP-1 analog showing significant weight loss with sustained 1 to 1.5% drop in hemoglobin A1c. Low incidence of hypoglycemia. Formulary update. |
| Victoza | PCP | Once Daily | Main discussion is availability of Victoza. The representative dropped by today noting that there is some $25 coupons that if it's a third tier medication it should drop it to a second tier. Its $3 in Medicaid, potentially better at losing weight than Byetta and it's only once daily. |
| Victoza | PCP | Once Daily | We discussed a new product Victoza from Nova Nordisk. Main highlights were its dosing, once a day, efficacy in reducing A1c as a monotherapy or in combination with sulfonoureas or with insulin. Its superiority compared to sulfonoureas and also we discussed about the weight reduction. Side effects profiles were also reviewed. Thank you. |
| Victoza | PCP | Once Daily | This GLP drug act, acts for a full 24 hours. The only side effect is nausea. There is significant weight loss involved. It can drop the A1c as low as 1.1 points. Works well when, when used with metformin. We also discussed cost and co-pay cards. |
| Victoza | PCP | Once Daily | New incretin analog. Improved A1c. Rapid-acting. Preserves beta cell function, and replenishes beta cells. Start at 0.6 mg dose, and titrate up every week, 'till response is achieved, to a maximum dose of 1.8, if needed. Well tolerated. Most common adverse event was nausea, which goes away with time. |
| Victoza | PCP | Once Daily | The main products were discussed, and detail was Victoza, and basically, the various titration steps of the dosing, once daily, as well as also it was emphasized that it can be given with or without meals. Weight reduction and other benefits of this product were discussed. And, a couple of samples were left, for the trial with the patients. Thank you. |
| Victoza | PCP | Once Daily | new once a day glpl drug. |
| Victoza | PCP | Once Daily | qd dosing, no wt gain, wt loss instead,lower A1c, side effects, black box warning. |
| Victoza | PCP | Once Daily | new once a day. take irrespective of meals. nausea similar to byetta but improves more quickly |
| Victoza | PCP | Once Daily | once daily, effective, dosing. |
| Victoza | PCP | Once Daily | new injectable lowers A1C as well as weight. once a day. |
| Victoza | PCP | Once Daily | once a day |
| Victoza | PCP | Once Daily | efficacy of Victoza in DM tx adv,of once a day tx |
| Victoza | PCP | Once Daily | first once a day glp-1 analog |
| Victoza | PCP | Once Daily | once a day injectable glp analog |
| Victoza | PCP | Once Daily | once daily glp-1 analog for treatment of type 2 dm |
| Victoza | PCP | Once Daily | Once a day administration, improved beta cell function, A1c reduction and weight loss. |
| Victoza | PCP | Once Daily | Once a day versus Byetta. |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | Once Daily | Rep advised that Victoza is new GLP-1 analog similar to Byetta, but once a day dosing only, less nausea, 1.5 drop in hemoglobin A1c with weight loss associated with it. |
| Victoza | PCP | Once Daily | Discussion regarding Victoza with Novo Nordisk rep. Discussion centers around efficacy of Victoza in treatment of type 2 diabetes mellitus. Victoza should be added on to metformin in the early stage of treatment for diabetes mellitus. It is given once a day. It is available in 0.6, 1.2, and 1.8 mg. It has advantage over Byetta, and it is given once a day, and it causes less nausea. No black-box warning for Victoza. However, medullary thyroid carcinoma was noted in rat studies done prior to launching Victoza. |
| Victoza | PCP | Once Daily | Introduced the new once a day medication GLP med to compete with Byetta. |
| Victoza | PCP | Once Daily | This was a detail about Victoza. This is a new GLP-1 receptor agonist for use with type 2 diabetes mellitus. They wanted us to use it primarily as an add-on after the, after metformin. They felt that, they recommended that, or indicated it was, worked better than Byetta because it was once a day and it was essentially the same as a human, a human molecule, a human analog actually and it would promote a little more weight loss and better blood sugar control. They did note that it has significant risk of nausea and they recommended a gradual increase in the dose. There's a black box warning concerning thyroid carcinoma. |
| Victoza | PCP | Once Daily | Victoza is a new injectable antidiabetic GLP-1 receptor agonist that can be given only once a day and at anytime. It, it is recommended to be used second line after metformin. It protects the beta cells and decreases hemoglobin A1c by 1.5%. |
| Victoza | PCP | Once Daily | Victoza is the new GLP-1 analog, more called as mimetic. It's the competitor of Byetta. The advantage of Victoza is that it is given only once a day subcutaneous injection versus Byetta that is twice a day. It's currently covered under straight Medicaid here in _____ . Its use need a prior authorization. The doses start on 0.6 mg as a titration dose and then increase to 1.2 mg in 2 weeks and then up to 1.8 mg in about 4 to 12 weeks, and it can help to decrease the A1c in about 1.5%. |
| Victoza | PCP | Once Daily | Victoza was discussed by the representative as a new injectable subcutaneous drug in the GLP-1 class, similar to Byetta, but more effective than Byetta in that it did not cause any significant side effects such as hepatitis and episodes of hypoglycemia. We discussed the better profile and less side effects of Victoza compared to Byetta and the sample dosages in taking it with starting off at 0.6 and proceeding up to 1.2 and 1.8, and claiming the large decrease in the A1c levels by 1.5 and also the easy, and the weight loss with this |
| Victoza | PCP | Once Daily | Victoza, efficacious in lowering hemoglobin A1c, an alternative to insulin, alternative to Byetta, since it can be taken only, it only needs to be taken once a day, and irregardless of meals. Sampling available. |
| Victoza | PCP | Once Daily | Efficacy in diabetes management and weight loss, with variable dosing. Start with 0.6, and titrate up to 1.8. Can cause some mild nausea, which is most pronounced when going from 0.6 to 1.2. Can even consider in-between doses, if patients are very nauseated. Good formulary coverage. |
| Victoza | PCP | Once Daily | Rep reports Victoza, new GLP agonist, 1-a-day dosing, associated with weight loss. |
| Victoza | PCP | Once Daily | Victoza and its savings program, Care Program. Add to metformin. Will decrease A1cs significantly. First once-a-day injectable but noninsulin. Well tolerated. Less nausea than Byetta. |
| Victoza | PCP | Once Daily | This is a new GLP-1 receptor agonist, for use in type 2 diabetes, in a similar class with Byetta, except, it is dosed at one a day, starting at 0.6, and working up to 1.2. They gave us demonstration pens, as well as samples. However, the, there is a drug warning out on the fact that there may be a risk of thyroid C-cell tumors. I have information on that, which we will have to read. |
| Victoza | PCP | Once Daily | This was a fairly short visit. Not planned. Victoza was discussed. It was a give-and-take, related to the molecule. Half-life was covered, also the risks of medullary thyroid cancer in rats, the native risks in humans is 1.5 a million, according to the drug rep. Side effects also were covered, in view, with respect to the nausea. Dosing was discussed, and the cost. Also, formulary status, and that 80% of companies had it on tier 3. There was a co-pay card, to decrease the monthly co-pay by 25. That was it. |
| Victoza | PCP | Once Daily | Victoza is once a day. Starting dose is 0.6 mg and if patients switch to Victoza from Byetta, they should start at 0.6 titrate up to the 1.2 and go up to as high as 1.8 if needed. |
| Victoza | PCP | Once Daily | The drug rep informed me that Victoza is a new form of GLP-1 for the treatment of diabetes. It's similar to Byetta, but an upgrade. It's better tolerated, more effective. It's only once a day. She reviewed the formulary process, or formulary status. She also reviewed coupons and left samples. |
| Victoza | PCP | Once Daily | 3/8/2010, Novo Nordisk rep discussing Victoza 3 doses, 0.6 mg, 1.2, and 1.8 dose. Titration up to 1.8 dose once daily, efficacy, safety, cost, 2.8 kg weight loss on average, on Victoza. Can be used with metformin and TZDs. Efficacy, safety, cost, compared to Byetta. End. |
| Victoza | PCP | Once Daily | New product used second line to metformin, helps with weight loss, as well as gets hemoglobin A1c to its goal much more quickly, the range of reducing hemoglobin A1c by 1 to 1.5 points. |
| Victoza | PCP | Once Daily | Discussed new GLP-1 for type 2 diabetes. It help to lower A1c up to 1.5% and it does not cause hypoglycemia and it help to improve beta cell dysfunction. The drug rep also discussed instant saving card. |
| Victoza | PCP | Once Daily | Detailing regarding Victoza with the Novo Nordisk rep. Discussion centers on efficacy of Victoza in the treatment of type 2 diabetes mellitus. Rep mentioned that Victoza is indicated as an adjunct to metformin in the early treatment of type 2 diabetes mellitus. It is given once a day. It's available in 0.6, 1.2 and 1.8 mcg, prefilled pen. Victoza promotes satiety. It promotes weight loss. Studies showed low incidence of medullary thyroid carcinoma in rat studies done. Well tolerated. Safe. |
| Victoza | PCP | Once Daily | new glp-1 agonist available, more natural, once a day; discussed use, titration |
| Victoza | PCP | Once Daily | once daily, a1c reduction, wt effect |
| Victoza | PCP | Once Daily | once daily glpi, dosing, cost, formulary |
| Victoza | PCP | Once Daily | New once daily injectable alterative to Byetta |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | Once Daily | new GLP1 agonist, once daily, reduces A1c by 1.2 %. Assoc with wt loss, improved coverage and concierge support program |
| Victoza | PCP | Once Daily | Rep went over Victoza again with me. He has had a dinner meeting about 2 nights ago, a teleconference, and he asked my opinion about that. It was very rewarding. We talked about the benefits of Victoza, being once a day regardless of meals and fewer adverse effects than the competition which is Byetta, and the clinical benefits of hemoglobin A1c reduction and weight loss. He also talked about the benefits of lowered blood pressure which was new to me. |
| Victoza | PCP | Once Daily | Long half-life. Only need 1 injection daily. |
| Victoza | PCP | Reduction in A1c | Victoza (liraglutide) rDNA origin injection once daily, 3 different strengths. Start at the lowest dose 0.6. It's a GLP-1 analog showing significant weight loss with sustained 1 to 1.5% drop in hemoglobin A1c. Low incidence of hypoglycemia. Formulary update. |
| Victoza | PCP | Reduction in A1c | This GLP drug act, acts for a full 24 hours. The only side effect is nausea. There is significant weight loss involved. It can drop the A1c as low as 1.1 points. Works well when, when used with metformin. We also discussed cost and co-pay cards. |
| Victoza | PCP | Reduction in A1c | New incretin analog. Improved A1c. Rapid-acting. Preserves beta cell function, and replenishes beta cells. Start at 0.6 mg dose, and titrate up every week, 'till response is achieved, to a maximum dose of 1.8, if needed. Well tolerated. Most common adverse event was nausea, which goes away with time. |
| Victoza | PCP | Reduction in A1c | Again, the drug rep has reminded me that Victoza is just a once-a-day injection leading to A1c reductions of up to 1.6 with some weight loss included and is very well tolerated for the most part. |
| Victoza | PCP | Reduction in A1c | This was the second discussion on Victoza. The rep brought in more samples, again encouraging us to use it. Went over the dosing schedule. Gave us some data on it. Showed how it, after 52 weeks, there was sustained A1c reduction, and sustained weight loss. |
| Victoza | PCP | Reduction in A1c | We discussed a new product Victoza from Nova Nordisk. Main highlights were its dosing, once a day, efficacy in reducing A1c as a monotherapy or in combination with sulfonoureas or with insulin. Its superiority compared to sulfonoureas and also we discussed about the weight reduction. Side effects profiles were also reviewed. Thank you. |
| Victoza | PCP | Reduction in A1c | Victoza is a new GLP drug. Very effective in controlling the hemoglobin A1c. |
| Victoza | PCP | Reduction in A1c | The discussion of Victoza was just its introduction to our practice by the rep. Discussion of the once-a-day formulation, the weight loss, and the decreasing hemoglobin A1c and hypoglycemic control. |
| Victoza | PCP | Reduction in A1c | I discussed with the rep this new program for the treatment of type 2 diabetes, specifically to use in patient as monotherapy or after they have failed in controlling blood sugar and A1c and with metformin. We discussed the dosing 0.6, one point after 1 week, 1.2 mcg, and then 1.8. We discussed the payment on the needles, the price of the medication, the decrease in A1c up to 1 year that could be more than 1%, and the decreasing weight up to 6 pounds, and the issues of nausea and vomiting, the tolerability of the injections, and the mechanism of action as GLP-1 agonist in the stimulating the beta cell of the pancreas. |
| Victoza | PCP | Reduction in A1c | We talked completely about Victoza, the new medication, it's an analog product, similar that it works like Byetta, but it has a half-life of up to 13 hours as opposed to Byetta which lasts just minutes. Makes a once-a-day shot. It does have satiety with it, but much less nausea. There is some weight loss associated with it and some good A1c reductions. |
| Victoza | PCP | Reduction in A1c | New Tier 1 analog with significant A1c reduction and low side effect. |
| Victoza | PCP | Reduction in A1c | Victoza is a GLP-1 based drug. Can be used with oral antidiabetic medications. Decreases the hemoglobin A1c by 2%. |
| Victoza | PCP | Reduction in A1c | new injectable lowers A1C as well as weight. once a day. |
| Victoza | PCP | Reduction in A1c | qd dosing, no wt gain, wt loss instead, lower A1c, side effects, black box warning. |
| Victoza | PCP | Reduction in A1c | discussed with rep and pharm d. comparrion to byetta, better a1c lowering, effects on fbs, more weight loss, and less nausea |
| Victoza | PCP | Reduction in A1c | Victoza, efficacious in lowering hemoglobin A1c, an alternative to insulin, alternative to Byetta, since it can be taken only, it only needs to be taken once a day, and irregardless of meals. Sampling available. |
| Victoza | PCP | Reduction in A1c | Victoza was discussed by the representative as a new injectable subcutaneous drug in the GLP-1 class, similar to Byetta, but more effective than Byetta in that it did not cause any significant side effects such as hepatitis and episodes of hypoglycemia. We discussed the better profile and less side effects of Victoza compared to Byetta and the sample dosages in taking it with starting off at 0.6 and proceeding up to 1.2 and 1.8, and claiming the large decrease in the A1c levels by 1.5 and also the easy, and the weight loss with this |
| Victoza | PCP | Reduction in A1c | Victoza and its savings program, Care Program. Add to metformin. Will decrease A1cs significantly. First once-a-day injectable but noninsulin. Well tolerated. Less nausea than Byetta. |
| Victoza | PCP | Reduction in A1c | The rep brought lunch and detailed Victoza and recommended its use above Byetta or Januvia. Better controlled A1c reduction, better side effects. |
| Victoza | PCP | Reduction in A1c | Victoza is the new GLP-1 analog, more called as mimetic. It's the competitor of Byetta. The advantage of Victoza is that it is given only once a day subcutaneous injection versus Byetta that is twice a day. It's currently covered under straight Medicaid here in _____. Its use need a prior authorization. The doses start on 0.6 mg as a titration dose and then increase to 1.2 mg in 2 weeks and then up to 1.8 mg in about 4 to 12 weeks, and it can help to decrease the A1c in about 1.5%. |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | Reduction in A1c | Rep advised that Victoza is new GLP-1 analog similar to Byetta, but once a day dosing only, less nausea, 1.5 drop in hemoglobin A1c with weight loss associated with it. |
| Victoza | PCP | Reduction in A1c | Give Victoza to patient now taking Byetta and does like to give injection twice a day. Helps lose weight and brings A1c to goal. |
| Victoza | PCP | Reduction in A1c | Once a day administration, improved beta cell function, A1c reduction and weight loss. |
| Victoza | PCP | Reduction in A1c | New product used second line to metformin, helps with weight loss, as well as gets hemoglobin A1c to its goal much more quickly, the range of reducing hemoglobin A1c by 1 to 1.5 points. |
| Victoza | PCP | Reduction in A1c | Discussed new GLP-1 for type 2 diabetes. It help to lower A1c up to 1.5% and it does not cause hypoglycemia and it help to improve beta cell dysfunction. The drug rep also discussed instant saving card. |
| Victoza | PCP | Reduction in A1c | Victoza is a new injectable antidiabetic GLP-1 receptor agonist that can be given only once a day and at anytime. It, it is recommended to be used second line after metformin. It protects the beta cells and decreases hemoglobin A1c by 1.5%. |
| Victoza | PCP | Reduction in A1c | new GLP1 agonist, once daily, reduces A1c by 1.2 %. Assoc with wt loss, improved coverage and concierge support program |
| Victoza | PCP | Reduction in A1c | once daily, a1c reduction, wt effect |
| Victoza | PCP | Reduction in A1c | Rep went over Victoza again with me. He has had a dinner meeting about 2 nights ago, a teleconference, and he asked my opinion about that. It was very rewarding. We talked about the benefits of Victoza, being once a day regardless of meals and fewer adverse effects than the competition which is Byetta, and the clinical benefits of hemoglobin A1c reduction and weight loss. He also talked about the benefits of lowered blood pressure which was new to me. |
| Victoza | PCP | Reduction in A1c | improvement in beta cell fct by homa-b markers, greater reduction in a1c vs januvia, less nausea vs bystolic |
| Victoza | PCP | Safety | Victoza (liraglutide) rDNA origin injection once daily, 3 different strengths. Start at the lowest dose 0.6. It's a GLP-1 analog showing significant weight loss with sustained 1 to 1.5% drop in hemoglobin A1c. Low incidence of hypoglycemia. Formulary update. |
| Victoza | PCP | Safety | given independent of meal in 3 strengths add to pts with uncontrolled blood sugar |
| Victoza | PCP | Safety | 3/8/2010, Novo Nordisk rep discussing Victoza 3 doses, 0.6 mg, 1.2, and 1.8 dose. Titration up to 1.8 dose once daily, efficacy, safety, cost, 2.8 kg weight loss on average, on Victoza. Can be used with metformin and TZDs. Efficacy, safety, cost, compared to Byetta. End. |
| Victoza | PCP | Safety | This was a fairly short visit. Not planned. Victoza was discussed. It was a give-and-take, related to the molecule. Half-life was covered, also the risks of medullary thyroid cancer in rats, the native risks in humans is 1.5 a million, according to the drug rep. Side effects also were covered, in view, with respect to the nausea. Dosing was discussed, and the cost. Also, formulary status, and that 80% of companies had it on tier 3. There was a co-pay card, to decrease the monthly co-pay by 25. That was it. |
| Victoza | PCP | Studies | We talked about patient tolerance of a once daily injectable that patients seem to be agreeable to this. They have enjoyed that with Lantus, and it doesn't seem to be the big burden that it used to be to start them on insulin injections with every meal and at bedtime. |
| Victoza | PCP | Studies | Announcement that Victoza is approved by the FDA for treating diabetes, and as an adjunct to diet and exercise, and should not be, it's not recommended as first line therapy, and has not been studied in patients with pancreatitis, and to treat, or to treat type 1 diabetes mellitus, and has not been studied in combination with insulin. |
| Victoza | PCP | Studies | Discussion of new product, including demonstration with pen, reviewed the size of the needles, reviewed the dosing at 0.6, 1.2 and 1.8, reviewed prescribing related to dosing and number of pens to receive, discussed side effect profile, provide coupon to reduce co-payment, discussed patient education packet, which is not yet available, discussed black box warning regarding thyroid cancer in rat studies, awaiting receipt of primate study literature from..... |
| Victoza | PCP | Studies | Discussion centered about the mechanism and the improved diabetic control of this if shown in the studies regarding this medication. |
| Victoza | PCP | Studies | This was the second discussion on Victoza. The rep brought in more samples, again encouraging us to use it. Went over the dosing schedule. Gave us some data on it. Showed how it, after 52 weeks, there was sustained A1c reduction, and sustained weight loss. |
| Victoza | PCP | Studies | In discussion of Victoza. Indicated adjunct therapy to diet and exercise to improve glycemic control in adults with type 2 diabetes. Now recommended as first line treatment for patients who have inadequate glycemic control on diet and exercise. It has not been studied sufficiently in patients with history of pancreatitis. Should not be used to treat type 1 diabetes with DKA. Not been studied in combination with insulin. FDA approves this medication once daily, human GLP-1 analog of the treatment of type 2 diabetes, indicated as an adjunct to improve blood sugar control in adults with type 2 diabetes. |
| Victoza | PCP | Studies | This was a new drug introduction of Victoza. Press release was reviewed with me today along with a case study, and rep advised me that drug is now available in pharmacies. |
| Victoza | PCP | Studies | Today, the representative came to discuss my initial clinical experience with Victoza. I told him, at this time, I had not used the product, but had some reading on the only once a day GLP-1 analog. Today, she showed me some clinical data regarding its efficacy and left me some samples with instructions on how to use it. |
| Victoza | PCP | Studies | efficacy data. |
| Victoza | PCP | Studies | indications. dosing. clinical data |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | Studies | This was a sample drop for Victoza and the new sample pen and starter kits. Some literature was dropped off. We had a brief discussion about the concept of, or, correction, the formulary status. And, we, I could follow up in a week or two, when more information was available. I was invited on a telephone conference about this topic. |
| Victoza | PCP | Studies | Discussion regarding Victoza with Novo Nordisk rep. Discussion centers around efficacy of Victoza in treatment of type 2 diabetes mellitus. Victoza should be added on to metformin in the early stage of treatment for diabetes mellitus. It is given once a day. It is available in 0.6, 1.2, and 1.8 mg. It has advantage over Byetta, and it is given once a day, and it causes less nausea. No black-box warning for Victoza. However, medullary thyroid carcinoma was noted in rat studies done prior to launching Victoza. |
| Victoza | PCP | Studies | The rep brought lunch and had some clinical studies and also some company information in Victoza, which seems to be, seems to be a very promising medication, again, the cost is gonna be significant, but looks like it, again, should be significant for many people. |
| Victoza | PCP | Studies | Detailing regarding Victoza with the Novo Nordisk rep. Discussion centers on efficacy of Victoza in the treatment of type 2 diabetes mellitus. Rep mentioned that Victoza is indicated as an adjunct to metformin in the early treatment of type 2 diabetes mellitus. It is given once a day. It's available in 0.6, 1.2 and 1.8 mcg, prefilled pen. Victoza promotes satiety. It promotes weight loss. Studies showed low incidence of medullary thyroid carcinoma in rat studies done. Well tolerated. Safe. |
| Victoza | PCP | Targets Beta Cells | I discussed with the rep this new program for the treatment of type 2 diabetes, specifically to use in patient as monotherapy or after they have failed in controlling blood sugar and A1c with metformin. We discussed the dosing 0.6, one point after 1 week, 1.2 mcg, and then 1.8. We discussed the payment on the needles, the price of the medication, the decrease in A1c up to 1 year that could be more than 1%, and the decreasing weight up to 6 pounds, and the issues of nausea and vomiting, the tolerability of the injections, and the mechanism of action as GLP-1 agonist in the stimulating the beta cell of the pancreas. |
| Victoza | PCP | Targets Beta Cells | A new product, injectable, that helps the beta cells to produce more insulin, thereby, improving glucose control. May result in weight loss. To help me remember the name, she said gives them victory over glucose, thereby, preserving their toza, or for getting cardiovascular sequelae of uncontrolled diabetes. She indicated it could be a transition for patients who are no longer controlled on oral medications. Should insulin be in the future, it gives them use of the shot. It is not to be used with insulin at this point. |
| Victoza | PCP | Targets Beta Cells | New incretin analog. Improved A1c. Rapid-acting. Preserves beta cell function, and replenishes beta cells. Start at 0.6 mg dose, and titrate up every week, 'till response is achieved, to a maximum dose of 1.8, if needed. Well tolerated. Most common adverse event was nausea, which goes away with time. |
| Victoza | PCP | Targets Beta Cells | Just discussed about Victoza they're new GLP-1 inhibitor agonist medication, targeted to be used after metformin while there's still beta cell function available, some basic dosing guidelines discussed. |
| Victoza | PCP | Targets Beta Cells | restores 32% beta cell function |
| Victoza | PCP | Targets Beta Cells | new med fort2dm preservation of beta cells |
| Victoza | PCP | Targets Beta Cells | Victoza is a new injectable antidiabetic GLP-1 receptor agonist that can be given only once a day and at anytime. It, it is recommended to be used second line after metformin. It protects the beta cells and decreases hemoglobin A1c by 1.5%. |
| Victoza | PCP | Targets Beta Cells | Once a day administration, improved beta cell function, A1c reduction and weight loss. |
| Victoza | PCP | Targets Beta Cells | Rep states Victoza superior to Byetta in weight loss and in decreased risk of side effects, especially nausea, first human GLP analog, may actually increase number of beta cells. |
| Victoza | PCP | Targets Beta Cells | Discussed new GLP-1 for type 2 diabetes. It help to lower A1c up to 1.5% and it does not cause hypoglycemia and it help to improve beta cell dysfunction. The drug rep also discussed instant saving card. |
| Victoza | PCP | Targets Beta Cells | improvement in beta cell fct by homa-b markers, greater reduction in a1c vs januvia, less nausea vs bystolic |
| Victoza | PCP | Tolerability/Side Effects | Basically went over the package insert. Discussed appropriate patient types, mechanism of action, dosing, potential side effects, advantages, and expected outcomes. |
| Victoza | PCP | Tolerability/Side Effects | We discussed a new product Victoza from Nova Nordisk. Main highlights were its dosing, once a day, efficacy in reducing A1c as a monotherapy or in combination with sulfonoureas or with insulin. Its superiority compared to sulfonoureas and also we discussed about the weight reduction. Side effects profiles were also reviewed. Thank you. |
| Victoza | PCP | Tolerability/Side Effects | This GLP drug act, acts for a full 24 hours. The only side effect is nausea. There is significant weight loss involved. It can drop the A1c as low as 1.1 points. Works well when, when used with metformin. We also discussed cost and co-pay cards. |
| Victoza | PCP | Tolerability/Side Effects | New incretin analog. Improved A1c. Rapid-acting. Preserves beta cell function, and replenishes beta cells. Start at 0.6 mg dose, and titrate up every week, 'till response is achieved, to a maximum dose of 1.8, if needed. Well tolerated. Most common adverse event was nausea, which goes away with time. |
| Victoza | PCP | Tolerability/Side Effects | New Tier 1 analog with significant A1c reduction and low side effect. |
| Victoza | PCP | Tolerability/Side Effects | Again, the drug rep has reminded me that Victoza is just a once-a-day injection leading to A1c reductions of up to 1.6 with some weight loss included and is very well tolerated for the most part. |
| Victoza | PCP | Tolerability/Side Effects | Discussed the vial does not have to be refrigerated for use, start at the lowest 0.6, go to 1.2, go to 1.8 after a week of each, minimal nausea, no pancreatitis, caution with medullary thyroid cancer. |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | Tolerability/Side Effects | I discussed with the rep this new program for the treatment of type 2 diabetes, specifically to use in patient as monotherapy or after they have failed in controlling blood sugar and A1c and with metformin. We discussed the dosing 0.6, one point after 1 week, 1.2 mcg, and then 1.8. We discussed the payment on the needles, the price of the medication, the decrease in A1c up to 1 year that could be more than 1%, and the decreasing weight up to 6 pounds, and the issues of nausea and vomiting, the tolerability of the injections, and the mechanism of action as GLP-1 agonist in the stimulating the beta cell of the pancreas. |
| Victoza | PCP | Tolerability/Side Effects | We talked completely about Victoza, the new medication, it's an analog product, similar that it works like Byetta, but it has a half-life of up to 13 hours as opposed to Byetta which lasts just minutes. Makes a once-a-day shot. It does have satiety with it, but much less nausea. There is some weight loss associated with it and some good A1c reductions. |
| Victoza | PCP | Tolerability/Side Effects | qd dosing, no wt gain, wt loss instead, lower A1c, side effects, black box warning. |
| Victoza | PCP | Tolerability/Side Effects | new option, dosing, side effect |
| Victoza | PCP | Tolerability/Side Effects | new once a day. take irrespective of meals. nausea similar to byetta but improves more quickly |
| Victoza | PCP | Tolerability/Side Effects | discussed with rep and pharm d. comparrion to byetta, better a1c lowering, effects on fbs, more weight loss, and less nausea |
| Victoza | PCP | Tolerability/Side Effects | This was a fairly short visit. Not planned. Victoza was discussed. It was a give-and-take, related to the molecule. Half-life was covered, also the risks of medullary thyroid cancer in rats, the native risks in humans is 1.5 a million, according to the drug rep. Side effects also were covered, in view, with respect to the nausea. Dosing was discussed, and the cost. Also, formulary status, and that 80% of companies had it on tier 3. There was a co-pay card, to decrease the monthly co-pay by 25. That was it. |
| Victoza | PCP | Tolerability/Side Effects | The drug rep informed me that Victoza is a new form of GLP-1 for the treatment of diabetes. It's similar to Byetta, but an upgrade. It's better tolerated, more effective. It's only once a day. She reviewed the formulary process, or formulary status. She also reviewed coupons and left samples. |
| Victoza | PCP | Tolerability/Side Effects | Discussed that the pens work the same as the other Levemir NovoLog pens. Discussed the voucher cards to reduce copays for patients starting new on Victoza. Discussed its similar to endogenous homeostatic hormones. Works very closely to that. Better tolerated than Byetta. |
| Victoza | PCP | Tolerability/Side Effects | The rep was just telling me the appropriate patient to use and how much better it was in comparison to Byetta as far as efficacy and tolerability and that it could be used right after metformin and that it did show some weight loss but not very much. It was only like 6 pounds or so in 28 days that you could use, and he also talked about formulary status and had some discount coupons. |
| Victoza | PCP | Tolerability/Side Effects | Detailing regarding Victoza with the Novo Nordisk rep. Discussion centers on efficacy of Victoza in the treatment of type 2 diabetes mellitus. Rep mentioned that Victoza is indicated as an adjunct to metformin in the early treatment of type 2 diabetes mellitus. It is given once a day. It's available in 0.6, 1.2 and 1.8 mcg, prefilled pen. Victoza promotes satiety. It promotes weight loss. Studies showed low incidence of medullary thyroid carcinoma in rat studies done. Well tolerated. Safe. |
| Victoza | PCP | Tolerability/Side Effects | Rep states Victoza superior to Byetta in weight loss and in decreased risk of side effects, especially nausea, first human GLP analog, may actually increase number of beta cells. |
| Victoza | PCP | Tolerability/Side Effects | Victoza was discussed by the representative as a new injectable subcutaneous drug in the GLP-1 class, similar to Byetta, but more effective than Byetta in that it did not cause any significant side effects such as hepatitis and episodes of hypoglycemia. We discussed the better profile and less side effects of Victoza compared to Byetta and the sample dosages in taking it with starting off at 0.6 and proceeding up to 1.2 and 1.8, and claiming the large decrease in the A1c levels by 1.5 and also the easy, and the weight loss with this |
| Victoza | PCP | Tolerability/Side Effects | Victoza and its savings program, Care Program. Add to metformin. Will decrease A1cs significantly. First once-a-day injectable but noninsulin. Well tolerated. Less nausea than Byetta. |
| Victoza | PCP | Tolerability/Side Effects | The rep brought lunch and detailed Victoza and recommended its use above Byetta or Januvia. Better controlled A1c reduction, better side effects. |
| Victoza | PCP | Tolerability/Side Effects | Interaction with the pharmaceutical rep regarding Victoza, its indications, potential side effects, its tolerability and effectiveness with other medications including metformin, the TZDs as well as the sulfonylureas. Discussed dosing and cost. |
| Victoza | PCP | Tolerability/Side Effects | Efficacy in diabetes management and weight loss, with variable dosing. Start with 0.6, and titrate up to 1.8. Can cause some mild nausea, which is most pronounced when going from 0.6 to 1.2. Can even consider in-between doses, if patients are very nauseated. Good formulary coverage. |
| Victoza | PCP | Tolerability/Side Effects | Discussion regarding Victoza with Novo Nordisk rep. Discussion centers around efficacy of Victoza in treatment of type 2 diabetes mellitus. Victoza should be added on to metformin in the early stage of treatment for diabetes mellitus. It is given once a day. It is available in 0.6, 1.2, and 1.8 mg. It has advantage over Byetta, and it is given once a day, and it causes less nausea. No black-box warning for Victoza. However, medullary thyroid carcinoma was noted in rat studies done prior to launching Victoza. |
| Victoza | PCP | Tolerability/Side Effects | Rep advised that Victoza is new GLP-1 analog similar to Byetta, but once a day dosing only, less nausea, 1.5 drop in hemoglobin A1c with weight loss associated with it. |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | Tolerability/Side Effects | This was a detail about Victoza. This is a new GLP-1 receptor agonist for use with type 2 diabetes mellitus. They wanted us to use it primarily as an add-on after the, after metformin. They felt that, they recommended that, or indicated it was, worked better than Byetta because it was once a day and it was essentially the same as a human, a human molecule, a human analog actually and it would promote a little more weight loss and better blood sugar control. They did note that it has significant risk of nausea and they recommended a gradual increase in the dose. There's a black box warning concerning thyroid carcinoma. |
| Victoza | PCP | Tolerability/Side Effects | efficacy, dosing, side effects |
| Victoza | PCP | Tolerability/Side Effects | improvement in beta cell fct by homa-b markers, greater reduction in a1c vs januvia, less nausea vs bystolic |
| Victoza | PCP | Use After Metformin | Victoza is effective in the treatment of type 2 diabetes mellitus. It can be used as second step to metformin. |
| Victoza | PCP | Use After Metformin | This GLP drug act, acts for a full 24 hours. The only side effect is nausea. There is significant weight loss involved. It can drop the A1c as low as 1.1 points. Works well when, when used with metformin. We also discussed cost and co-pay cards. |
| Victoza | PCP | Use After Metformin | This was the second discussion on Victoza. The rep brought in more samples, again encouraging us to use it. Went over the dosing schedule. Gave us some data on it. Showed how it, after 52 weeks, there was sustained A1c reduction, and sustained weight loss. |
| Victoza | PCP | Use After Metformin | This is an ideal product for once a day use for people who have failed on metformin level, metformin treatment for uncontrolled diabetes mellitus. |
| Victoza | PCP | Use After Metformin | Helps bring the glycohemoglobin levels to their goal with once-a-day injection for type 2 diabetes mellitus who does not respond to metformin therapy. |
| Victoza | PCP | Use After Metformin | Just discussed about Victoza they're new GLP-1 inhibitor agonist medication, targeted to be used after metformin while there's still beta cell function available, some basic dosing guidelines discussed. |
| Victoza | PCP | Use After Metformin | I discussed with the rep this new program for the treatment of type 2 diabetes, specifically to use in patient as monotherapy or after they have failed in controlling blood sugar and A1c and with metformin. We discussed the dosing 0.6, one point after 1 week, 1.2 mcg, and then 1.8. We discussed the payment on the needles, the price of the medication, the decrease in A1c up to 1 year that could be more than 1%, and the decreasing weight up to 6 pounds, and the issues of nausea and vomiting, the tolerability of the injections, and the mechanism of action as GLP-1 agonist in the stimulating the beta cell of the pancreas. |
| Victoza | PCP | Use After Metformin | Victoza, new once daily injection. Similar to Byetta. No weight gain. Use as add-on to metformin. Generally safe. Easy to use. |
| Victoza | PCP | Use After Metformin | injectable tx for NIDDM-reduces wt, can use with metformin and glyburide |
| Victoza | PCP | Use After Metformin | Reasons why I have or haven't prescribed Victoza yet. Use for patients who need an agent in addition to metformin. |
| Victoza | PCP | Use After Metformin | Discussion regarding Victoza with Novo Nordisk rep. Discussion centers around efficacy of Victoza in treatment of type 2 diabetes mellitus. Victoza should be added on to metformin in the early stage of treatment for diabetes mellitus. It is given once a day. It is available in 0.6, 1.2, and 1.8 mg. It has advantage over Byetta, and it is given once a day, and it causes less nausea. No black-box warning for Victoza. However, medullary thyroid carcinoma was noted in rat studies done prior to launching Victoza. |
| Victoza | PCP | Use After Metformin | This was a detail about Victoza. This is a new GLP-1 receptor agonist for use with type 2 diabetes mellitus. They wanted us to use it primarily as an add-on after the, after metformin. They felt that, they recommended that, or indicated it was, worked better than Byetta because it was once a day and it was essentially the same as a human, a human molecule, a human analog actually and it would promote a little more weight loss and better blood sugar control. They did note that it has significant risk of nausea and they recommended a gradual increase in the dose. There's a black box warning concerning thyroid carcinoma. |
| Victoza | PCP | Use After Metformin | Victoza is a new injectable antidiabetic GLP-1 receptor agonist that can be given only once a day and at anytime. It, it is recommended to be used second line after metformin. It protects the beta cells and decreases hemoglobin A1c by 1.5%. |
| Victoza | PCP | Use After Metformin | Detailing regarding Victoza with the Novo Nordisk rep. Discussion centers on efficacy of Victoza in the treatment of type 2 diabetes mellitus. Rep mentioned that Victoza is indicated as an adjunct to metformin in the early treatment of type 2 diabetes mellitus. It is given once a day. It's available in 0.6, 1.2 and 1.8 mcg, prefilled pen. Victoza promotes satiety. It promotes weight loss. Studies showed low incidence of medullary thyroid carcinoma in rat studies done. Well tolerated. Safe. |
| Victoza | PCP | Use After Metformin | New product used second line to metformin, helps with weight loss, as well as gets hemoglobin A1c to its goal much more quickly, the range of reducing hemoglobin A1c by 1 to 1.5 points. |
| Victoza | PCP | Use After Metformin | The rep was just telling me the appropriate patient to use and how much better it was in comparison to Byetta as far as efficacy and tolerability and that it could be used right after metformin and that it did show some weight loss but not very much. It was only like 6 pounds or so in 28 days that you could use, and he also talked about formulary status and had some discount coupons. |
| Victoza | PCP | Use After Metformin | 3/8/2010, Novo Nordisk rep discussing Victoza 3 doses, 0.6 mg, 1.2, and 1.8 dose. Titration up to 1.8 dose once daily, efficacy, safety, cost, 2.8 kg weight loss on average, on Victoza. Can be used with metformin and TZDs. Efficacy, safety, cost, compared to Byetta. End. |
| Victoza | PCP | Use After Metformin | Victoza and its savings program, Care Program. Add to metformin. Will decrease A1cs significantly. First once-a-day injectable but noninsulin. Well tolerated. Less nausea than Byetta. |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | Use After Metformin | Interaction with the pharmaceutical rep regarding Victoza, its indications, potential side effects, its tolerability and effectiveness with other medications including metformin, the TZDs as well as the sulfonylureas. Discussed dosing and cost. |
| Victoza | PCP | Weight Loss | The discussion of Victoza was just its introduction to our practice by the rep. Discussion of the once-a-day formulation, the weight loss, and the decreasing hemoglobin A1c and hypoglycemic control. |
| Victoza | PCP | Weight Loss | We talked completely about Victoza, the new medication, it's an analog product, similar that it works like Byetta, but it has a half-life of up to 13 hours as opposed to Byetta which lasts just minutes. Makes a once-a-day shot. It does have satiety with it, but much less nausea. There is some weight loss associated with it and some good A1c reductions. |
| Victoza | PCP | Weight Loss | Victoza is a once-a-day injection and is beneficial for not causing much hypoglycemia and for weight loss. There is a card that comes, making it, or giving a savings about $150 over 6 months. |
| Victoza | PCP | Weight Loss | A new product, injectable, that helps the beta cells to produce more insulin, thereby, improving glucose control. May result in weight loss. To help me remember the name, she said gives them victory over glucose, thereby, preserving their toza, or for getting cardiovascular sequelae of uncontrolled diabetes. She indicated it could be a transition for patients who are no longer controlled on oral medications. Should insulin be in the future, it gives them use of the shot. It is not to be used with insulin at this point. |
| Victoza | PCP | Weight Loss | We discussed Victoza and Byetta together. Victoza, of course, is once a day, and can be taken without regard to meals, which is quite a bit more convenient. The efficacy seems similar. The weight loss seems similar. And, I think that if cost is not a consideration, if it's comparable, I'm probably going to start most of my patients on this, rather than Byetta. |
| Victoza | PCP | Weight Loss | Victoza (liraglutide) rDNA origin injection once daily, 3 different strengths. Start at the lowest dose 0.6. It's a GLP-1 analog showing significant weight loss with sustained 1 to 1.5% drop in hemoglobin A1c. Low incidence of hypoglycemia. Formulary update. |
| Victoza | PCP | Weight Loss | Main discussion is availability of Victoza. The representative dropped by today noting that there is some $25 coupons that if it's a third tier medication it should drop it to a second tier. Its $3 in Medicaid, potentially better at losing weight than Byetta and it's only once daily. |
| Victoza | PCP | Weight Loss | This GLP drug act, acts for a full 24 hours. The only side effect is nausea. There is significant weight loss involved. It can drop the A1c as low as 1.1 points. Works well when, when used with metformin. We also discussed cost and co-pay cards. |
| Victoza | PCP | Weight Loss | Again, the drug rep has reminded me that Victoza is just a once-a-day injection leading to A1c reductions of up to 1.6 with some weight loss included and is very well tolerated for the most part. |
| Victoza | PCP | Weight Loss | This was the second discussion on Victoza. The rep brought in more samples, again encouraging us to use it. Went over the dosing schedule. Gave us some data on it. Showed how it, after 52 weeks, there was sustained A1c reduction, and sustained weight loss. |
| Victoza | PCP | Weight Loss | They have coupons now for $25 off for each month for the next six months and that they said one patient, one doctor, within the first two weeks had a 10-pound weight loss on one patient. |
| Victoza | PCP | Weight Loss | qd dosing, no wt gain, wt loss instead, lower A1c, side effects, black box warning. |
| Victoza | PCP | Weight Loss | discussed with rep and pharm d. comparrion to byetta, better a1c lowering, effects on fbs, more weight loss, and less nausea |
| Victoza | PCP | Weight Loss | new injectable glucose control. effective. weight loss. |
| Victoza | PCP | Weight Loss | The rep was just telling me the appropriate patient to use and how much better it was in comparison to Byetta as far as efficacy and tolerability and that it could be used right after metformin and that it did show some weight loss but not very much. It was only like 6 pounds or so in 28 days that you could use, and he also talked about formulary status and had some discount coupons. |
| Victoza | PCP | Weight Loss | 3/8/2010, Novo Nordisk rep discussing Victoza 3 doses, 0.6 mg, 1.2, and 1.8 dose. Titration up to 1.8 dose once daily, efficacy, safety, cost, 2.8 kg weight loss on average, on Victoza. Can be used with metformin and TZDs. Efficacy, safety, cost, compared to Byetta. End. |
| Victoza | PCP | Weight Loss | New product used second line to metformin, helps with weight loss, as well as gets hemoglobin A1c to its goal much more quickly, the range of reducing hemoglobin A1c by 1 to 1.5 points. |
| Victoza | PCP | Weight Loss | Detailing regarding Victoza with the Novo Nordisk rep. Discussion centers on efficacy of Victoza in the treatment of type 2 diabetes mellitus. Rep mentioned that Victoza is indicated as an adjunct to metformin in the early treatment of type 2 diabetes mellitus. It is given once a day. It's available in 0.6, 1.2 and 1.8 mcg, prefilled pen. Victoza promotes satiety. It promotes weight loss. Studies showed low incidence of medullary thyroid carcinoma in rat studies done. Well tolerated. Safe. |
| Victoza | PCP | Weight Loss | Rep states Victoza superior to Byetta in weight loss and in decreased risk of side effects, especially nausea, first human GLP analog, may actually increase number of beta cells. |
| Victoza | PCP | Weight Loss | This was a detail about Victoza. This is a new GLP-1 receptor agonist for use with type 2 diabetes mellitus. They wanted us to use it primarily as an add-on after the, after metformin. They felt that, they recommended that, or indicated it was, worked better than Byetta because it was once a day and it was essentially the same as a human, a human molecule, a human analog actually and it would promote a little more weight loss and better blood sugar control. They did note that it has significant risk of nausea and they recommended a gradual increase in the dose. There's a black box warning concerning thyroid carcinoma. |
| Victoza | PCP | Weight Loss | Rep advised that Victoza is new GLP-1 analog similar to Byetta, but once a day dosing only, less nausea, 1.5 drop in hemoglobin A1c with weight loss associated with it. |
| Victoza | PCP | Weight Loss | Give Victoza to patient now taking Byetta and does like to give injection twice a day. Helps lose weight and brings A1c to goal. |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | Weight Loss | Once a day administration, improved beta cell function, A1c reduction and weight loss. |
| Victoza | PCP | Weight Loss | Efficacy in diabetes management and weight loss, with variable dosing. Start with 0.6, and titrate up to 1.8. Can cause some mild nausea, which is most pronounced when going from 0.6 to 1.2. Can even consider in-between doses, if patients are very nauseated. Good formulary coverage. |
| Victoza | PCP | Weight Loss | Victoza was discussed by the representative as a new injectable subcutaneous drug in the GLP-1 class, similar to Byetta, but more effective than Byetta in that it did not cause any significant side effects such as hepatitis and episodes of hypoglycemia. We discussed the better profile and less side effects of Victoza compared to Byetta and the sample dosages in taking it with starting off at 0.6 and proceeding up to 1.2 and 1.8, and claiming the large decrease in the A1c levels by 1.5 and also the easy, and the weight loss with this |
| Victoza | PCP | Weight Loss | Rep reports Victoza, new GLP agonist, 1-a-day dosing, associated with weight loss. |
| Victoza | PCP | Weight Loss | new GLP1 agonist, once daily, reduces A1c by 1.2 %. Assoc with wt loss, improved coverage and concierge support program |
| Victoza | PCP | Weight Loss | Rep went over Victoza again with me. He has had a dinner meeting about 2 nights ago, a teleconference, and he asked my opinion about that. It was very rewarding. We talked about the benefits of Victoza, being once a day regardless of meals and fewer adverse effects than the competition which is Byetta, and the clinical benefits of hemoglobin A1c reduction and weight loss. He also talked about the benefits of lowered blood pressure which was new to me. |



# NEW VICTOZA®
liraglutide (rDNA origin) injection

# US Weekly Launch Tracker
**Weeks Since Launch : 6**
**Week Ending : 3/19/2010**

## Physician Verbatims - Reasons for Switching
Source: ImpactRx report dated 03/05/2010

Back

| Switch From | Switch To | Specialty | Reason For Switching |
|---|---|---|---|
| JANUVIA | Byetta | ENDO | Better efficacy with exenatide |
| SYMLIN | Byetta | ENDO | Not effective |
| AVANDIA | Januvia | ENDO | Recent media news  patient is concerned about heart disease |
| BYETTA | Januvia | ENDO | Side effects |
| GLIPIZIDE | Januvia | ENDO | Hypoglycemia |
| GLUCOPHAGE | Januvia | ENDO | Increased creatinine |
| GLUCOPHAGE | Januvia | ENDO | Not efficient |
| GLUCOVANCE | Januvia | ENDO | Hypoglycemia |
| GLUCOVANCE | Januvia | ENDO | Hypoglycemia |
| JANUMET | Januvia | ENDO | Needs xr metformin |
| JANUMET | Januvia | ENDO | Renal insuf |
| JANUVIA | Januvia | ENDO | Not sufficient |
| METFORMIN HCL | Januvia | ENDO | Not effective |
| METFORMIN HCL | Januvia | ENDO | Not controlled |
| METFORMIN HCL | Januvia | ENDO | Changed to combination pill |
| METFORMIN HCL | Januvia | ENDO | Creatinine too high to stay on the drug |
| METFORMIN HCL | Januvia | ENDO | Add januvia |
| METFORMIN HCL | Januvia | ENDO | Not potent enough |
| METFORMIN HCL | Januvia | ENDO | Need better control |
| METFORMIN HCL | Januvia | ENDO | not strong enouth |
| METFORMIN HCL | Januvia | ENDO | To reduce number of tablets |
| METFORMIN HCL | Januvia | ENDO | Uncontrolled on monotherapy |
| METFORMIN HCL ER | Januvia | ENDO | Diarrhea |
| ACTOS | Onglyza | ENDO | Edema |
| GLYBURIDE | Onglyza | ENDO | Hypoglycemia |
| JANUVIA | Onglyza | ENDO | Insurance not cover |
| JANUVIA | Onglyza | ENDO | ?pancreatitis |
| JANUVIA | Onglyza | ENDO | Risk of pancreatitis |
| JANUVIA | Onglyza | ENDO | risk of pancreatitis |
| PRANDIN | Onglyza | ENDO | Uncontrolled sugar and has glyburide already |
| AVANDARYL | Victoza | ENDO | Weight loss. |
| BYETTA | Victoza | ENDO | Pancreatitis |
| BYETTA | Victoza | ENDO | Pancreatitis risk |
| BYETTA | Victoza | ENDO | From twice a day to once a day |
| BYETTA | Victoza | ENDO | Nausea |
| BYETTA | Victoza | ENDO | Unable to remember second shot |
| BYETTA | Victoza | ENDO | To improve compliance |
| BYETTA | Victoza | ENDO | Patient is forgetting to take the second dose |
| BYETTA | Victoza | ENDO | Higher a1c |
| BYETTA | Victoza | ENDO | Unable to take bid |
| BYETTA | Victoza | ENDO | Unable to do twice a day injection |
| BYETTA | Victoza | ENDO | Efficacy |
| BYETTA | Victoza | ENDO | Not compliant |
| BYETTA | Victoza | ENDO | Weight gain |
| BYETTA | Victoza | ENDO | Convenience. |

| Switch From | Switch To | Specialty | Reason For Switching |
|---|---|---|---|
| BYETTA | Victoza | ENDO | Non compliance |
| BYETTA | Victoza | ENDO | Uncontrolled sugars |
| BYETTA | Victoza | ENDO | Side effect |
| BYETTA | Victoza | ENDO | Nausea |
| BYETTA | Victoza | ENDO | Nausea with byetta |
| GLIMEPIRIDE | Victoza | ENDO | Hypoglycemia |
| HUMALOG | Victoza | ENDO | change of regimen |
| JANUVIA | Victoza | ENDO | Associated weight loss |
| JANUVIA | Victoza | ENDO | Weight loss |
| JANUVIA | Victoza | ENDO | Weight loss . |
| JANUVIA | Victoza | ENDO | Assist with Weight loss |
| JANUVIA | Victoza | ENDO | Treatment failure |
| JANUVIA | Victoza | ENDO | Lack of efficacy |
| JANUVIA | Victoza | ENDO | Uncontrolled BS |
| JANUVIA | Victoza | ENDO | Treatment failure |
| JANUVIA | Victoza | ENDO | More effective |
| ONGLYZA | Victoza | ENDO | Lack of effect |
| GLIPIZIDE | Byetta | PCP | Not woerking |
| HUMULIN 70/30 | Byetta | PCP | Uncontrolled DM |
| ACTOPLUS MET | Januvia | PCP | Insufficient control |
| ACTOS | Januvia | PCP | Leg edema |
| ACTOS | Januvia | PCP | Patient request |
| ACTOS | Januvia | PCP | Weight gain |
| ACTOS | Januvia | PCP | Chf |
| AVANDAMET | Januvia | PCP | Pt request change due to news |
| AVANDAMET | Januvia | PCP | Safety concerns : CAD ..on Media lately.. |
| AVANDIA | Januvia | PCP | CV risk w. Drug |
| AVANDIA | Januvia | PCP | Insurance company no longer covering |
| AVANDIA | Januvia | PCP | Heard something on tv not comfortable with the medication |
| AVANDIA | Januvia | PCP | Discontinued due to concerns over cad risk |
| AVANDIA | Januvia | PCP | Concers over cv side effects |
| AVANDIA | Januvia | PCP | concern about side effects. Hypoglycemia |
| GLIPIZIDE XL | Januvia | PCP | Hypoglycemia |
| GLUCOPHAGE | Januvia | PCP | Not efective enough |
| GLUCOPHAGE | Januvia | PCP | Uncont dm |
| GLUCOPHAGE | Januvia | PCP | Add januvia |
| GLUCOVANCE | Januvia | PCP | Ineffective glucose control |
| GLUCOVANCE | Januvia | PCP | To avoid morning hypoglycemia |
| GLYBURIDE | Januvia | PCP | Poorly controlled |
| JANUVIA | Januvia | PCP | Was taken off metformin due to diarrhea but never tried janumet |
| JANUVIA | Januvia | PCP | Titration of metformin and januvia |
| JANUVIA | Januvia | PCP | Was the only samples we had |
| JANUVIA | Januvia | PCP | not effective |
| JANUVIA | Januvia | PCP | To combine metformin |
| LANTUS SOLOSTAR | Januvia | PCP | Patient wanted off injections |
| METFORMIN HCL | Januvia | PCP | Diarrhea |
| METFORMIN HCL | Januvia | PCP | Did not control BS and want weight loss with the Januvia |
| METFORMIN HCL | Januvia | PCP | Now no longer adequately controlling blood sugar.. |
| METFORMIN HCL | Januvia | PCP | Not at goal |
| METFORMIN HCL | Januvia | PCP | Efficacy |
| METFORMIN HCL | Januvia | PCP | For better control of DM |
| METFORMIN HCL | Januvia | PCP | For better control |
| METFORMIN HCL | Januvia | PCP | Inadequate control |
| METFORMIN HCL | Januvia | PCP | Metformin is not controling her blood sugar. |
| METFORMIN HCL | Januvia | PCP | Has diarrhea |

| Switch From | Switch To | Specialty | Reason For Switching |
|---|---|---|---|
| METFORMIN HCL | Januvia | PCP | Need lower a1c |
| METFORMIN HCL | Januvia | PCP | Needs further control |
| METFORMIN HCL | Januvia | PCP | Needs greater control |
| METFORMIN HCL | Januvia | PCP | Poor DM control . |
| METFORMIN HCL | Januvia | PCP | Not good control |
| METFORMIN HCL | Januvia | PCP | increase in A1c. |
| METFORMIN HCL | Januvia | PCP | Efficacy |
| METFORMIN HCL | Januvia | PCP | For better control of the diabetes |
| METFORMIN HCL | Januvia | PCP | Not controlled |
| METFORMIN HCL | Januvia | PCP | Inadequate glycemic control |
| METFORMIN HCL | Januvia | PCP | Was not effective |
| METFORMIN HCL | Januvia | PCP | Hyperglycemia |
| METFORMIN HCL ER | Januvia | PCP | Improve hba1c |
| METFORMIN HCL ER | Januvia | PCP | Not at goal |
| ONGLYZA | Januvia | PCP | Going from 1 drug to 2 and pt asked about combo ag't |
| ONGLYZA | Januvia | PCP | Not better |
| STARLIX | Januvia | PCP | Side effects |
| ACTOS | Onglyza | PCP | Cost |
| ACTOS | Onglyza | PCP | Fluid retention |
| ACTOS | Onglyza | PCP | Chf |
| ACTOS | Onglyza | PCP | Worsening of CHF |
| ACTOS | Onglyza | PCP | Increase appetite with actos |
| ACTOS | Onglyza | PCP | Edema and weight gain |
| AVANDIA | Onglyza | PCP | Concerns re safety |
| BYETTA | Onglyza | PCP | Excessive vomiting nausea |
| JANUVIA | Onglyza | PCP | Cost |
| JANUVIA | Onglyza | PCP | Better glucose control |
| JANUVIA | Onglyza | PCP | Non effective |
| JANUVIA | Onglyza | PCP | Wife works for AZ |
| METFORMIN HCL | Onglyza | PCP | GI side effects |
| METFORMIN HCL | Onglyza | PCP | Chronic kidney disease |
| ACTOS | Victoza | PCP | Not effective |
| AMARYL | Victoza | PCP | persistent weight gain |
| AVANDAMET | Victoza | PCP | Not effective |
| AVANDAMET | Victoza | PCP | Poor control |
| BYETTA | Victoza | PCP | Difficulty with byetta dosing |
| BYETTA | Victoza | PCP | Lack of efficacy |
| BYETTA | Victoza | PCP | Compliance |
| BYETTA | Victoza | PCP | Forgets to take 2X/day |
| BYETTA | Victoza | PCP | Better efficacy, wt loss |
| BYETTA | Victoza | PCP | Elevated blood sugar |
| GLUCOTROL | Victoza | PCP | Not effective |
| JANUMET | Victoza | PCP | Uncontrolled DM..and need to loose wt. |
| JANUMET | Victoza | PCP | Uncontrolled DM..and she needs to loose Wt. |
| JANUVIA | Victoza | PCP | Not effective |
| JANUVIA | Victoza | PCP | Efficacy |
| NOVOLOG | Victoza | PCP | Want to see it helps with less risk of hypoglysemia |