

# US Weekly Launch Tracker
**Weeks Since Launch : 6**
**Week Ending : 3/19/2010**

**Notes from Qualitative Interviews with Physicians**
Source:   Victoza® Launch Monitor

Back

NOTE: Victoza® Launch Monitor is a market research study in which 150 ENDOs and 150 PCPs who have been detailed on Victoza® will participate in 7-10 minute qualitative interviews during the first 4 weeks after launch.  One final Victoza® Launch Monitor report will be issued next week.

Insights after 4 weeks:
- Overwhelming majority of physicians continue to rate the Victoza® detail favorably.
- Victoza® core message is being delivered; aided recall of each of the Victoza® core message components is high, ranging between 67%-97%.
- At least 2 of the 5 Victoza® core message components are recalled on an aided basis by every respondent, and 95% of respondents recall at least 4.
- The Victoza® core message component recalled the most on an unaided basis is "Once daily" (ENDOs: 48%, PCP:48%), followed by "Significant and sustained reductions in A1c" (ENDOs: 27%, PCPs: 39%) and "Weight loss" (ENDOs: 24%, PCPs: 18%).
- Physicians report Byetta is discussed by our representatives in Victoza® details far more than any other brand; uptick in Januvia mentions with PCPs.
- Physicians continuing to prescribe more Victoza®; still too soon for much patient feedback.
- Physicians report prescribing Victoza® for patients with T2D who are obese or overweight and need better A1c reduction
- More ENDOs (50% vs. 33%) and fewer PCPS (12% vs. 25%) than last week mention MTC when asked about concerns with Victoza®.
- Pancreatitis was lraised as a concern by 20% of ENDOs, but very rarely by PCPs.
- Roughly 40% of ENDOs and 65% of PCPs report having no concerns about Victoza®.
- Reports of counterdetailing by competition continue to be rare, but counterdetailing by Amylin and Lilly reps reported most frequently, with MTC most commonly mentioned in competitive details.
- Some physicians say that they would use Victoza® ahead of Januvia as long as the patient was comfortable with injections, demonstrating the importance of overcoming the injection barrier.
- Victoza® continues to be linked with Byetta - Byetta was discussed in approximately 65% of both the ENDO and PCP details discussed.