Cont.

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | Managed Care/Formulary | New Gliptin class, non insulin injectable for DBT care. |
| Victoza | PCP | Managed Care/Formulary | black box warning,formulary  use alone or combine for greater a1c reduction |
| Victoza | PCP | Managed Care/Formulary | qd dosing. efficacy, safety, black box warning regarding medulary thyroid cancer,formulary status. |
| Victoza | PCP | Managed Care/Formulary | copay cards provided, still waiting to receive starter kits |
| Victoza | PCP | Managed Care/Formulary | formulary |
| Victoza | PCP | Managed Care/Formulary | We discussed the efficacy of Victoza.  We discussed its side effect profile compared to Byetta, also discussed reimbursement issues. |
| Victoza | PCP | Managed Care/Formulary | Today, we met with the representative for Victoza.  We discussed diabetes management and A1c reduction to 1.5 on average with Victoza.  We discussed dosing, formulary status, cost to the patient, as well as which medications it could be used with. |
| Victoza | PCP | Managed Care/Formulary | New GLP-1 inhibitor that is once daily compared to Byetta, a much more of an analog as opposed to a mimicker, longer half life, same efficacy if not better and well-tolerated, also discussed formulary status and patient selection for this drug. |
| Victoza | PCP | Managed Care/Formulary | I discussed how I like Victoza more than Byetta, the once a day product, but I was hoping for more samples.  She was going to leave 2, but she left 4 instead.  And also mentioned they have the coupon copay cards because it's on formulary but it's 3rd tier and they want to bring it down to 2nd tier.  And so we discussed that and I called 2 of my patients that I was hoping to get on Victoza while she was still there just so I can show them how to use the shot themselves in the office.  And she was very excited I had already had 3 patients on the product. |
| Victoza | PCP | Managed Care/Formulary | Victoza, new GLP-1 agonist, for use in treating type 2 diabetes.  It is a very good adjunct to metformin.  Similar to competitor product, Byetta.  Will provide weight loss.  However, Victoza is once a day, once daily injection, as opposed to b.i.d. for competitor product.  Well tolerated by patients, with side effect being nausea. |
| Victoza | PCP | Managed Care/Formulary | We spoke about Victoza, its dosing, its, the pen, which is like the FlexPen.  We spoke about it, compare, how it works, the mechanism, how it compares to Byetta.  We spoke about possible potential side effects and problems, including pancreatitis, and thyroid cancers.  Spoke about pricing, and formulary coverage. |
| Victoza | PCP | Managed Care/Formulary | efficacy, side effects, safty, ins coverage, cards for help with co-pay |
| Victoza | PCP | Managed Care/Formulary | indications...promotes wt loss...formulary...once daily dosing...less hypoglycemia...safety |
| Victoza | PCP | Mechanism of Action | Once daily dosing, works on the GLP-1 first pass insulin, improves beta cell function, et cetera.  Warning is out on the thyroid cancer cells.  However, this has only been proven in rats.  So, it will be determined in the future what precautions we must take. |
| Victoza | PCP | Mechanism of Action | Victoza's a new GLP drug to lower blood sugar in diabetics.  It's a once daily injection.  It's easy to use.  Patients need to still have beta cell function for this to work.  It's a good drug for add-on to therapy such as metformin.  Generally leads to weight loss.  End. |
| Victoza | PCP | Mechanism of Action | Rep and I discussed the recent letter from Novo Nordisk regarding Victoza block, I'm sorry, black-box warning regarding thyroid cell CA and risk of pancreatitis with Victoza. |
| Victoza | PCP | Mechanism of Action | New injectable diabetic medication, similar in action to Byetta, but only needed in single daily doses. |
| Victoza | PCP | Mechanism of Action | We spoke about Victoza, its dosing, its, the pen, which is like the FlexPen.  We spoke about it, compare, how it works, the mechanism, how it compares to Byetta.  We spoke about possible potential side effects and problems, including pancreatitis, and thyroid cancers.  Spoke about pricing, and formulary coverage. |
| Victoza | PCP | Mechanism of Action | Complete product discussion with mechanism of action, dosing, etc. |
| Victoza | PCP | Mechanism of Action | The drug rep and I both discussed using Victoza, how it's very similar in action to Byetta, except it's once a day dose, it starts at 0.6 and goes up to 1.8 mg daily. |
| Victoza | PCP | Mechanism of Action | Victoza is a once-a-day medication for DDP blockage and does not have the nausea side effects of Byetta. |
| Victoza | PCP | | Victoza is the first once daily human glucagon-like peptide analog for the treatment of type 2 diabetes.  It is indicated as an adjunct to diet and exercise to improve blood sugar control in adult with type 2 diabetes mellitus.  It can be used as monotherapy and also in combination with standard diabetes treatments.  It produce significant reductions in A1c and also was associate with weight loss. |
| Victoza | PCP | Monotherapy | dosing, mono and combo therapy, formulary, weight loss |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | New/Now Available | Victoza is the only human glucagon-like peptide approved by FDA for the treatment of type 2 diabetes. |
| Victoza | PCP | New/Now Available | Victoza's a new GLP-1 mimic, which has a half-life of eleven hours, and therefore, can, can only be given once a day.  It has, it has weight loss possibilities, greater than Byetta, and a 2.2% decrease in hemoglobin A1c, in both metabolic syndrome patients, as well as diabetes 2 patients. |
| Victoza | PCP | New/Now Available | Also, just pointed out that it's a new medicine and its once a day, which is nice.  Talked a little bit about diabetes and why it would work that.  Also, talked about dosing instructions. |
| Victoza | PCP | New/Now Available | This was a very brief discussion this morning, about Victoza, and new FDA warnings, basically indicating that there is a risk/benefit, risk/benefit problem.  Apparently, Victoza has been associated with medullary thyroid cancer, and acute pancreatitis. |
| Victoza | PCP | New/Now Available | The rep just gave me some patient education information, and some information about the cost of the drug, and just asked if I had tried it yet, and I told him I hadn't, and he asked me to please try it. |
| Victoza | PCP | New/Now Available | The topic discussed today was on the new medication, Victoza, basically to use in a type 2 diabetes.  It's in injectable form which sounds pretty good from the standpoint you can get hemoglobin A1c lowering up to 1 to 1.5 and also no weight gain.  As a matter of fact, there is some weight loss with the product.  There's a black-box warning which, you know, any time that's introduced, even though it's a sort of aware of thyroid C-cell tumor, it's still the question mark is anybody, any patients that look at something like that when you start explaining it to them are very hesitant with the medication.  Thanks. |
| Victoza | PCP | New/Now Available | I spoke with drug rep.  We discussed about Victoza. |
| Victoza | PCP | New/Now Available | Discussed the new FDA notice about the safety of Victoza. |
| Victoza | PCP | New/Now Available | New product for diabetes and once a day injection with the effect on weight loss. |
| Victoza | PCP | New/Now Available | Victoza is a GLP-1 analog that works with the body to help regulate blood sugar after the meals, which does improve, delay gastric emptying, and helps decrease glucagon secretion, and also increase beta cell secretion of insulin.  It is a once a day drug, which is tolerated very well, with GI side effects being the most common side effect.  Dose is started at 0.6 for the first week, then 1.2, then 1.8 mg.  And, prescriptions come with two or three pens at a time.  Injection, again, is once a day; it lasts all day.  And, formulary coverage is getting better.  And, has hemoglobin reductions of up to 1.5% or 1.8%, especially in combination with metformin. |
| Victoza | PCP | New/Now Available | Patient, rep came in to talk about Victoza again, formulary status updates on starter kits, which are not yet available and rumors that have been discussed around its cancer risks.  The package insert was reviewed and the C-cell tumor risk was discussed briefly.  No new information was passed on, general discussion regarding this drug, not compared to any other drugs. |
| Victoza | PCP | New/Now Available | This was a followup on previous detailing on Victoza which is now once weekly beginning in graduated doses going from 0.6 to 1.8. |
| Victoza | PCP | New/Now Available | Representative talked about their new injectable drug, Victoza and the appropriate patient types. |
| Victoza | PCP | New/Now Available | Discussed that they would have new starter kits coming out for Victoza with coupons as well as pens and needles and instructions.  Right now they just have the pens and needles to give us, but expected to have the kits soon and he would be bringing us those kits.  In addition, he would have contact numbers so more kits could be sent. |
| Victoza | PCP | New/Now Available | Victoza is a new medication liraglutide rDNA origin injection for diabetes.  I received an instant savings card and it's a program for Victoza and you can, you have 2 ways to save up to $25 on this or the first 6 Victoza prescriptions.  It's once a day and it decreases weight so people lose weight with it. |
| Victoza | PCP | New/Now Available | New once a day injection similar to Byetta, similarly shows no weight gain and in fact weight loss.  Simple dosing with convenient pen.  Started at recommended lower dose than you are actually working up to the recommended daily dose.  Indicated in conjunction with all available oral medications.  No indication yet with use of insulin. |
| Victoza | PCP | New/Now Available | Rep discussed this new medication.  Discussed that it is glucose-dependent.  Decreases hemoglobin A1c 1% to 1.2%.  It can be taken irregardless of time of day or meals. |
| Victoza | PCP | New/Now Available | Just given the hand-out card with instant savings.  It's a new medication.  I wasn't actually listening, 'cause I was in the middle of something.  But, used for type 2 diabetics.  Have, I have this hand-out given by them. |
| Victoza | PCP | New/Now Available | New once a day GLP-1, three doses, one pen, also a lot of weight loss is seen in the patients using Victoza. |
| Victoza | PCP | New/Now Available | It was a new medicine for diabetes with good effect, but there was a report that come out about increased risk with T cell cancers of the thyroid or thymus and we were going to get that report and let me look over it before I decided to prescribe Victoza. |
| Victoza | PCP | New/Now Available | Victoza's a new GLP drug to lower blood sugar in diabetics.  It's a once daily injection.  It's easy to use.  Patients need to still have beta cell function for this to work.  It's a good drug for add-on to therapy such as metformin.  Generally leads to weight loss.  End. |
| Victoza | PCP | New/Now Available | availability  risks vs benefit profile |
| Victoza | PCP | New/Now Available | new product n starter kits |
| Victoza | PCP | New/Now Available | new non insulin injection pt type , starter kit , instant savings cards, dosing prefilled pens like byetta but once a day injection not for anyone with pancrease problems decrease in ha1c . |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | New/Now Available | new product info |
| Victoza | PCP | New/Now Available | new product |
| Victoza | PCP | New/Now Available | New Gliptin class, non insulin injectable for DBT care. |
| Victoza | PCP | New/Now Available | only time to drop of information packet  was seeing CDE re insulin formulation and samples |
| Victoza | PCP | New/Now Available | new option |
| Victoza | PCP | New/Now Available | New option for diabetes. |
| Victoza | PCP | New/Now Available | new drug |
| Victoza | PCP | New/Now Available | The drug rep and I both discussed using Victoza, how it's very similar in action to Byetta, except it's once a day dose, it starts at 0.6 and goes up to 1.8 mg daily. |
| Victoza | PCP | New/Now Available | She talked to me about using this drug, and I said I'm a late adopter, but I will consider it. |
| Victoza | PCP | New/Now Available | New injectable diabetic medication, similar in action to Byetta, but only needed in single daily doses. |
| Victoza | PCP | New/Now Available | This is a new once a day injection similar to Byetta, works on the DTP-4 to increase insulin, has a long discussion about the meaning of the FDAs black box warning, how it came about, her emphasis that this reflected an overly vigilant FDA, and that Januvia and Byetta have similar issues as did metformin when it first came out.  We discussed patient selection, A1c reductions, weight reduction in patients who use this product and overall benefits, once a day use, and how to use it.  She had a demonstration pen. |
| Victoza | PCP | New/Now Available | Victoza is a GLP-1 analog that has the advantage of being drug specifically from human GLP-1 as opposed to an animal source.  It also is once a day.  It does have problems with nausea, but does have significant weight loss associated with it.  When added to metformin, provides additional reductions in A1c levels.  Problems with cancer development in animals was reviewed. |
| Victoza | PCP | New/Now Available | Rep discussed Victoza once-a-day weight loss.  Especially stressed weight loss and availability and how it should be easier to get patients to go with this than the Byetta.  We will see.  It is still a needle. |
| Victoza | PCP | New/Now Available | Victoza's a new once a day injection similar to Byetta, works on the DTP-4 to increase insulin, has a good profile, weight gain of about 6 pounds in 26 weeks, although some people gain weight more, more than that, lowers A1c by 1-1.5%, more efficacious, less side effects than Byetta, also once a day, still nausea is a main side effect, but again less than Byetta, can be used in combination with other oral agents. |
| Victoza | PCP | New/Now Available | We discussed Victoza as being a new medication similar to Byetta, but with less weight gain and more GI tolerability, how it's great as an add-on to other oral medications for blood sugar control and patients that may not be ready yet for insulin. |
| Victoza | PCP | New/Now Available | A new agent.  It's a new agent.  Works as Byetta.  It is more effective with reduction of hemoglobin A1c by 1 to 1.5% and also less nausea and well tolerated. |
| Victoza | PCP | New/Now Available | This was a discussion about Victoza, the new once a day drug for diabetes, weight loss situation, dosing three, three gradations, $25 rebate at the email, excuse me, EDE, an E, rebate E by internet at the pharmacies, urged my use and gave me some samples and compared it to Byetta. |
| Victoza | PCP | New/Now Available | Victoza, new GLP-1 agonist, for use in treating type 2 diabetes.  It is a very good adjunct to metformin.  Similar to competitor product, Byetta.  Will provide weight loss.  However, Victoza is once a day, once daily injection, as opposed to b.i.d. for competitor product.  Well tolerated by patients, with side effect being nausea. |
| Victoza | PCP | New/Now Available | This was a rep bringing in one of their sort of medical scientific people, a woman whose a certified diabetes educator and is sort of more scientifically involved, sort of keeps up with the literature having to do with the data on Victoza, and including more recent things that haven't necessarily been published yet, so we had a back and forth about that.  It was all part of their launch of this new drug, so had a lengthy discussion about it and they, they brought lunch. |
| Victoza | PCP | New/Now Available | Discussed using Victoza in type 2 diabetic patients as an adjunct to metformin.  Victoza's a new GLP-1 agonist, has been shown to cause sustained weight loss in a once daily injection. |
| Victoza | PCP | New/Now Available | New GLP-1 inhibitor that is once daily compared to Byetta, a much more of an analog as opposed to a mimicker, longer half life, same efficacy if not better and well-tolerated, also discussed formulary status and patient selection for this drug. |
| Victoza | PCP | New/Now Available | Talked about how it's a once daily injection, how its available on the pharmacies now. |
| Victoza | PCP | New/Now Available | Victoza is new GLP-1 analog, which is somewhat different than Byetta, in that its 97 similar to the human GLP-1, use for type 2 diabetes and adjunct to diet and exercise if metformin alone has not been effective, results in significant weight loss, effective A1c drop of 1-1.5%.  Pen device contains all three doses.  The starting dose is 0.6 mg and can dial up to 1.2 or 1.8 on the pen without having to write a separate prescription for another pen. |
| Victoza | PCP | New/Now Available | new for type 2 |
| Victoza | PCP | New/Now Available | New once daily DM med |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | New/Now Available | new product detail |
| Victoza | PCP | New/Now Available | efficacy new |
| Victoza | PCP | New/Now Available | new basics |
| Victoza | PCP | New/Now Available | new once daily injectable incretomimetic drug. lowers A1c up to 1.0 points. weight loss averages 6 pounds. control of A1c and weight loss persists over 1 year. pen device similar to flexpen. discussed 3 doses available. |
| Victoza | PCP | New/Now Available | new product which is a GLP-1 agonist...once a day injection....lowers A1c by 1-1.5% |
| Victoza | PCP | New/Now Available | new diabetic med activates GLP-1 receptors long half life - inject only once daily some weight loss - no weight gain same FlexPen used for all 3 doses warning on thyroid cancer |
| Victoza | PCP | New/Now Available | new injectable for diabetes. |
| Victoza | PCP | New/Now Available | new product for diabetes |
| Victoza | PCP | New/Now Available | once a day glp drug |
| Victoza | PCP | New/Now Available | New GLP product for diabetes, injectable once a day, may make patient lose weight and advantage over Januvia, for example, where there's no loss, weight loss, samples given by the rep to try. |
| Victoza | PCP | Once Daily | This was a followup on previous detailing on Victoza which is now once weekly beginning in graduated doses going from 0.6 to 1.8. |
| Victoza | PCP | Once Daily | Victoza is a new medication liraglutide rDNA origin injection for diabetes.  I received an instant savings card and it's a program for Victoza and you can, you have 2 ways to save up to $25 on this or the first 6 Victoza prescriptions.  It's once a day and it decreases weight so people lose weight with it. |
| Victoza | PCP | Once Daily | New once a day injection similar to Byetta, similarly shows no weight gain and in fact weight loss.  Simple dosing with convenient pen.  Started at recommended lower dose than you are actually working up to the recommended daily dose.  Indicated in conjunction with all available oral medications.  No indication yet with use of insulin. |
| Victoza | PCP | Once Daily | Latest diabetic agent Victoza, which is a once a day injection. |
| Victoza | PCP | Once Daily | Rep discussed this new medication.  Discussed that it is glucose-dependent.  Decreases hemoglobin A1c 1% to 1.2%.  It can be taken irregardless of time of day or meals. |
| Victoza | PCP | Once Daily | Victoza's use in diabetes as a once a day adjunct to oral therapy was discussed.  Thank you. |
| Victoza | PCP | Once Daily | Novo Nordisk reps came in today, and brought in some samples, and information on Victoza.  We discussed the dosing, and we start at 0.6, go to 1.2, to 1.8 mg per day, and that it's a one time a day medication.  They also brought in some patient support materials, which will actually be very helpful.  They gave me a head-to-head study to look at, if I'd like.  And, that was about it.  Bye. |
| Victoza | PCP | Once Daily | Efficacy, safety and once a day application was discussed. |
| Victoza | PCP | Once Daily | New once a day GLP-1, three doses, one pen, also a lot of weight loss is seen in the patients using Victoza. |
| Victoza | PCP | Once Daily | Victoza is a GLP-1 receptor agonist, that is used q.d. as an injectable, and it has the benefit of lowering A1c by about 1.2%, as well as promoting weight loss. |
| Victoza | PCP | Once Daily | We discussed using Victoza in patients with diabetes.  It's a once a day treatment, different from Byetta in that its once a day.  We discussed safety, side effects and efficacy as far as lowering the HbA1c. |
| Victoza | PCP | Once Daily | Victoza is the first once daily human glucagon-like peptide analog for the treatment of type 2 diabetes.  It is indicated as an adjunct to diet and exercise to improve blood sugar control in adult with type 2 diabetes mellitus.  It can be used as monotherapy and also in combination with standard diabetes treatments.  It produce significant reductions in A1c and also was associate with weight loss. |
| Victoza | PCP | Once Daily | Discussed Victoza, and the benefits of prescribing Victoza to selected patients, seeing the A1c reduction of up to 1.5, usually starting out in the mid 8s, and weight reduction, as well, especially as an add-on to metformin, or in metformin failures.  Asked me to prescribe it in, in selected patients. |
| Victoza | PCP | Once Daily | Discussed Victoza, once daily use.  Comparable to Byetta.  No weight gain.  Works to lower blood sugar to normal.  Can be used in conjunction with most medications for diabetes.  Especially effective for someone overweight, who has type 2 diabetes. |
| Victoza | PCP | Once Daily | We discussed the efficacy in the treatment of diabetes.  It is once a day dosing, easy to titrate.  Well tolerated.  It reduces the hemoglobin A1c by more than 1.4%.  Low incidence of hypoglycemia, and next, the people lose weight, so it's also very good for people who are overweight.  It, it causes the weight loss.  And, it is covered on Blue Cross Blue Shield and Medicare. |
| Victoza | PCP | Once Daily | Discussed using Victoza.  It comes in a tin with three separate doses, once a day.  Helps lower A1c and bring down weight as well. |
| Victoza | PCP | Once Daily | New product for diabetes and once a day injection with the effect on weight loss. |
| Victoza | PCP | Once Daily | Efficacy, flexible dosing.  Pen starts at 0.6 and can be titrated up to 1.8, usually well-tolerated.  Nausea most often seem going from 0.6 to 1.2, can be titrated up gradually.  Helps reduce blood sugars, appetite and weight with q.d. dosing. |
| Victoza | PCP | Once Daily | Victoza's a new GLP drug to lower blood sugar in diabetics.  It's a once daily injection.  It's easy to use.  Patients need to still have beta cell function for this work.  It's a good drug for add-on to therapy such as metformin.  Generally leads to weight loss.  End. |
| Victoza | PCP | Once Daily | Once a day injectable for control of diabetes. |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| | PCP | | Victoza is a GLP-1 analog that works with the body to help regulate blood sugar after the meals, which does improve, delay gastric emptying, and helps decrease glucagon secretion, and also increase beta cell secretion of insulin.  It is a once a day drug, is tolerated very well, with GI side effects being the most common side effect.  Dose is started at 0.6 for the first week, then 1.2, then 1.8 mg.  And, prescriptions come with two or three pens at a time.  Injection, again, is once a day; it lasts all day.  And, formulary coverage is getting better.  And, has hemoglobin reductions of up to 1.5% or |
| Victoza | | Once Daily | 1.8%, especially in combination with metformin. |
| Victoza | PCP | Once Daily | Also, just pointed out that it's a new medicine and its once a day, which is nice.  Talked a little bit about diabetes and why it would work that.  Also, talked about dosing instructions. |
| Victoza | PCP | Once Daily | Once daily dosing, works on the GLP-1 first pass insulin, improves beta cell function, et cetera.  Warning is out on the thyroid cancer cells.  However, this has only been proven in rats.  So, it will be determined in the future what precautions we must take. |
| Victoza | PCP | Once Daily | We again talked about the fact that Victoza's once a day, provides weight loss, is associated with a significant drop in A1c, and is an excellent add-on to something like metformin, with little hypoglycemia when used that way. |
| Victoza | PCP | Once Daily | Victoza's new GLP-1 mimic, which has a half-life of eleven hours, and therefore, can, can only be given once a day.  It has, it has weight loss possibilities, greater than Byetta, and a 2.2% decrease in hemoglobin A1c, in both metabolic syndrome patients, as well as diabetes 2 patients. |
| Victoza | PCP | Once Daily | We talked about the expected drop in A1c, possibility of significant weight loss, once a day dosing and little bit about formulary coverage. |
| Victoza | PCP | Once Daily | The topic discussed today was on the new medication, Victoza, basically to use in a type 2 diabetes.  It's in injectable form which sounds pretty good from the standpoint you can get hemoglobin A1c lowering up to 1 to 1.5 and also no weight gain.  As a matter of fact, there is some weight loss with the product.  There's a black-box warning which, you know, any time that's introduced, even though it's a sort of aware of thyroid C-cell tumor, it's still the question mark is anybody, any patients that look at something like that when you start explaining it to them are very hesitant with the medication.  Thanks. |
| Victoza | PCP | Once Daily | Victoza's dosing is 0.6, increase to 1.2, and can go as high as 1.8. |
| Victoza | PCP | Once Daily | Victoza is effective in the treatment of type 2 diabetes mellitus.  It is given 1 injection per day, and it decreased hemoglobin A1c as well as decreases patients weight. |
| Victoza | PCP | Once Daily | Basic message regarding Victoza was that it is a once-a-day gliptin similar to Byetta. |
| Victoza | PCP | Once Daily | similar to human , pt lose weight and once a day dosing |
| Victoza | PCP | Once Daily | when added to metformin significantly lowers hgba1c; once daily dosing |
| Victoza | PCP | Once Daily | once daily glp-1 med. |
| Victoza | PCP | Once Daily | qd dosing. efficacy, safety, black box warning regarding medulary thyroid cancer,formulary status. |
| Victoza | PCP | Once Daily | a1c reduction of 1.7% in combo w metformin |
| Victoza | PCP | Once Daily | use once a day, pt experience significant weight loss |
| Victoza | PCP | Once Daily | new non insulin injection pt type , starter kit , instant savings cards, dosing prefilled pens like byetta but once a day injection not for anyone with pancrease problems decrease in ha1c . |
| Victoza | PCP | Once Daily | once daily without regard to meals, still no starter kits, increased rick of med. thyroid ca in rodents |
| Victoza | PCP | Once Daily | we discussed the blac box warning.  we reviewed the fact that it is a bit easier to dose than byetta given the qd dosing without regard to meals |
| Victoza | PCP | | I discussed how I like Victoza more than Byetta, the once a day product, but I was hoping for more samples.  She was going to leave 2, but she left 4 instead.  And also mentioned they have the coupon copay cards because it's on formulary but it's 3rd tier and they want to bring it down to 2nd tier.  And so we discussed that and I called 2 of my patients that I was hoping to get on Victoza while she was still there just so I can show them how to use the shot themselves in the office.  And she was very excited I had already had 3 patients on the product. |
| Victoza | PCP | Once Daily | Victoza, new GLP-1 agonist, for use in treating type 2 diabetes.  It is a very good adjunct to metformin.  Similar to competitor product, Byetta.  Will provide weight loss.  However, Victoza is once a day, once daily injection, as opposed to b.i.d. for competitor product.  Well tolerated by patients, with side effect being nausea. |
| Victoza | PCP | Once Daily | Discussed using Victoza in type 2 diabetic patients as an adjunct to metformin.  Victoza's new GLP-1 agonist, has been shown to cause sustained weight loss in a once daily injection. |
| Victoza | PCP | Once Daily | New GLP-1 inhibitor that is once daily compared to Byetta, a much more of an analog as opposed to a mimicker, longer half life, same efficacy if not better and well-tolerated, also discussed formulary status and patient selection for this drug. |
| Victoza | PCP | Once Daily | Victoza 0.6 for one week and then 1.2 mg, once a day advantage, no weight gain, in fact there's some weight loss, no hypoglycemia, before insulin, can use it after metformin. |
| Victoza | PCP | Once Daily | We discussed the use of Victoza as a GLP-1 agonist, in comparison to Byetta, which was twice a day.  We discussed the hemoglobin A1c reduction, starting dose of 0.6 mg, and titrating up to 1.2 in a week.  We discussed the ease of use with the pen system. |
| Victoza | PCP | Once Daily | Dosing of Victoza, once a day. |
| Victoza | PCP | Once Daily | Discussed the way the medicine works, that it's once a day, discussed the warnings about medullary carcinoma of the thyroid, was given a head-to-head study between this and Byetta. |
| Victoza | PCP | Once Daily | Victoza is new GLP-1 analog, which is somewhat different than Byetta, in that its 97 similar to the human GLP-1, use for type 2 diabetes and adjunct to diet and exercise if metformin alone has not been effective, results in significant weight loss, effective A1c drop of 1-1.5%.  Pen device contains all three doses.  The starting dose is 0.6 mg and can dial up to 1.2 or 1.8 on the pen without having to write a separate prescription for another pen. |
| Victoza | PCP | Once Daily | Talked about how it's a once daily injection, how its available on the pharmacies now. |
| Victoza | PCP | Once Daily | Victoza is a once-a-day medication for DDP blockage and does not have the nausea side effects of Byetta. |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | Once Daily | Asked about any recent starts on Victoza and reminded that Victoza is not necessarily a third or fourth line agent and can be use for those patients who either do not tolerate metformin or need further hemoglobin A1c control with metformin, went over dosing regimen and recommendations regarding increase in dose of 1.2-1.8 mg daily based on need for further weight loss, and the fact that both the 1.2 and 1.8 have an approximate 1.5% decrease in hemoglobin A1c. |
| Victoza | PCP | Once Daily | Rep discussed Victoza once-a-day weight loss.  Especially stressed weight loss and availability and how it should be easier to get patients to go with this than the Byetta.  We will see.  It is still a needle. |
| Victoza | PCP | Once Daily | Victoza's a new once a day injection similar to Byetta, works on the DTP-4 to increase insulin, has a good profile, weight gain of about 6 pounds in 26 weeks, although some people gain weight more, more than that, lowers A1c by 1-1.5%, more efficacious, less side effects than Byetta, also once a day, still nausea is a main side effect, but again less than Byetta, can be used in combination with other oral agents. |
| Victoza | PCP | Once Daily | This is a new product and we discussed dosing.  We discussed safety.  We had a long discussion about the meaning of the FDAs black box warning, how it came about, her emphasis that this reflected an overly vigilant FDA, and that Januvia and Byetta have similar issues as did metformin when it first came out.  We discussed patient selection, A1c reductions, weight reduction in patients who use this product and overall benefits, once a day use, and how to use it.  She had a demonstration pen. |
| Victoza | PCP | Once Daily | Victoza is a GLP-1 analog that has the advantage of being drug specifically from human GLP-1 as opposed to an animal source.  It also is once a day.  It does have problems with nausea, but does have significant weight loss associated with it.  When added to metformin, provides additional reductions in A1c levels.  Problems with cancer development in animals was reviewed. |
| Victoza | PCP | Once Daily | A new agent.  It's a new agent.  Works as Byetta.  It is more effective with reduction of hemoglobin A1c by 1 to 1.5% and also less nausea and well tolerated. |
| Victoza | PCP | Once Daily | This was a discussion about Victoza, the new once a day drug for diabetes, weight loss situation, dosing three, three gradations, $25 rebate at the email, excuse me, EDE, an E, rebate E by internet at the pharmacies, urged my use and gave me some samples and compared it to Byetta. |
| Victoza | PCP | Once Daily | Today, we met with the representative for Victoza.  We discussed diabetes management and A1c reduction to 1.5 on average with Victoza.  We discussed dosing, formulary status, cost to the patient, as well as which medications it could be used with. |
| Victoza | PCP | Once Daily | The drug rep and I both discussed using Victoza, how it's very similar in action to Byetta, except it's once a day dose, it starts at 0.6 and goes up to 1.8 mg daily. |
| Victoza | PCP | Once Daily | once daily injection for rx of type 2 diabetes with weight loss benefi |
| Victoza | PCP | Once Daily | glp 1 analog 97 percent homologous to human glp1. longer acting |
| Victoza | PCP | Once Daily | once a day glp drug |
| Victoza | PCP | Once Daily | indications...promotes wt loss...formulary...once daily dosing...less hypoglycemia...safety |
| Victoza | PCP | Once Daily | once per day |
| Victoza | PCP | Once Daily | once daily glp1 analog.  unlike byetta minimal nausea. |
| Victoza | PCP | Once Daily | qd med with good wt loss |
| Victoza | PCP | Once Daily | new product which is a GLP-1 agonist...once a day injection....lowers A1c by 1-1.5% |
| Victoza | PCP | Once Daily | new diabetic med activates GLP-1 receptors long half life - inject only once daily some weight loss - no weight gain same FlexPen used for all 3 doses warning on thyroid cancer |
| Victoza | PCP | Once Daily | New once daily DM med |
| Victoza | PCP | Once Daily | best used as add-on to metformin. once daily injection. added benefit of wt loss in most patients |
| Victoza | PCP | Once Daily | lowers a1c by 1 - 1.5 less nausea than byetta once per day regardless of meals |
| Victoza | PCP | Once Daily | new once daily injectable incretomimetic drug. lowers A1c up to 1.0 points. weight loss averages 6 pounds. control of A1c and weight loss persists over 1 year. pen device similar to flexpen. discussed 3 doses available. |
| Victoza | PCP | Once Daily | once daily GLP1 inhibitor for use w/ metformin. |
| Victoza | PCP | Once Daily | New GLP product for diabetes, injectable once a day, may make patient lose weight and advantage over Januvia, for example, where there's no loss, weight loss, samples given by the rep to try. |
| Victoza | PCP | Reduction in A1c | We again talked about the fact that Victoza's once a day, provides weight loss, is associated with a significant drop in A1c, and is an excellent add-on to something like metformin, with little hypoglycemia when used that way. |
| Victoza | PCP | Reduction in A1c | Victoza's a new GLP-1 mimic, which has a half-life of eleven hours, and therefore, can, can only be given once a day.  It has, it has weight loss possibilities, greater than Byetta, and a 2.2% decrease in hemoglobin A1c, in both metabolic syndrome patients, as well as diabetes 2 patients. |
| Victoza | PCP | Reduction in A1c | We talked about the expected drop in A1c, possibility of significant weight loss, once a day dosing and little bit about formulary coverage. |
| Victoza | PCP | Reduction in A1c | The topic discussed today was on the new medication, Victoza, basically to use in a type 2 diabetes.  It's in injectable form which sounds pretty good from the standpoint you can get hemoglobin A1c lowering up to 1 to 1.5 and also no weight gain.  As a matter of fact, there is some weight loss with the product.  There's a black-box warning which, you know, any time that's introduced, even though it's a sort of aware of thyroid C-cell tumor, it's still the question mark is anybody, any patients that look at something like that when you start explaining it to them are very hesitant with the medication.  Thanks. |
| Victoza | PCP | Reduction in A1c | Victoza is effective in the treatment of type 2 diabetes mellitus.  It is given 1 injection per day, and it decreased hemoglobin A1c as well as decreases patients weight. |
| Victoza | PCP | Reduction in A1c | Discussed Victoza, and the benefits of prescribing Victoza to selected patients, seeing the A1c reduction of up to 1.5, usually starting out in the mid 8s, and weight reduction, as well, especially as an add-on to metformin, or in metformin failures.  Asked me to prescribe it in, selected patients. |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | Reduction in A1c | We discussed the efficacy in the treatment of diabetes.  It is once a day dosing, easy to titrate.  Well tolerated.  It reduces the hemoglobin A1c by more than 1.4%.  Low incidence of hypoglycemia, and next, the people lose weight, so it's also very good for people who are overweight.  It, it causes the weight loss.  And, it is covered on Blue Cross Blue Shield and Medicare. |
| Victoza | PCP | Reduction in A1c | Rep discussed this new medication.  Discussed that it is glucose-dependent.  Decreases hemoglobin A1c 1% to 1.2%.  It can be taken irregardless of time of day or meals. |
| Victoza | PCP | Reduction in A1c | Victoza is a GLP-1 receptor agonist, that is used q.d. as an injectable, and it has the benefit of lowering A1c by about 1.2%, as well as promoting weight loss. |
| Victoza | PCP | Reduction in A1c | We discussed using Victoza in patients with diabetes.  It's a once a day treatment, different from Byetta in that its once a day.  We discussed safety, side effects and efficacy as far as lowering the HbA1c. |
| Victoza | PCP | Reduction in A1c | Victoza is the first once daily human glucagon-like peptide analog for the treatment of type 2 diabetes.  It is indicated as an adjunct to diet and exercise to improve blood sugar control in adult with type 2 diabetes mellitus.  It can be used as monotherapy and also in combination with standard diabetes treatments.  It produce significant reductions in A1c and also was associate with weight loss. |
| Victoza | PCP | Reduction in A1c | Discussed using Victoza.  It comes in a tin with three separate doses, once a day.  Helps lower A1c and bring down weight as well. |
| Victoza | PCP | Reduction in A1c | a1c reduction of 1.7% in combo w metformin |
| Victoza | PCP | Reduction in A1c | new non insulin injection pt type , starter kit , instant savings cards, dosing prefilled pens like byetta but once a day injection not for anyone with pancrease problems decrease in ha1c . |
| Victoza | PCP | Reduction in A1c | better a1c reduction |
| Victoza | PCP | Reduction in A1c | black box warning,formulary  use alone or combine for greater a1c reduction |
| Victoza | PCP | Reduction in A1c | has been shown to decrease hgba1c significantly |
| Victoza | PCP | Reduction in A1c | when added to metformin significantly lowers hgba1c; once daily dosing |
| Victoza | PCP | Reduction in A1c | Next medication to add after metformin and before insulin. Works with the beta cells to lower HbAlc. Also helps with weight loss. |
| Victoza | PCP | Reduction in A1c | A new agent.  It's a new agent. Works as Byetta.  It is more effective with reduction of hemoglobin A1c by 1 to 1.5% and also less nausea and well tolerated. |
| Victoza | PCP | Reduction in A1c | This is a new product and we discussed dosing.  We discussed safety.  We had a long discussion about the meaning of the FDAs black box warning, how it came about, her emphasis that this reflected an overly vigilant FDA, and that Januvia and Byetta have similar issues as did metformin when it first came out.  We discussed patient selection, A1c reductions, weight reduction in patients who use this product and overall benefits, once a day use, and how to use it.  She had a demonstration pen. |
| Victoza | PCP | Reduction in A1c | Victoza is a GLP-1 analog that has the advantage of being drug specifically from human GLP-1 as opposed to an animal source.  It also is once a day.  It does have problems with nausea, but does have significant weight loss associated with it.  When added to metformin, provides additional reductions in A1c levels.  Problems with cancer development in animals was reviewed. |
| Victoza | PCP | Reduction in A1c | Asked about any recent starts on Victoza and reminded that Victoza is not necessarily a third or fourth line agent and can be use for those patients who either do not tolerate metformin or need further hemoglobin A1c control with metformin, went over dosing regimen and recommendations regarding increase in dose of 1.2-1.8 mg daily based on need for further weight loss, and the fact that both the 1.2 and 1.8 have an approximate 1.5% decrease in hemoglobin A1c. |
| Victoza | PCP | Reduction in A1c | Victoza's a new once a day injection similar to Byetta, works on the DTP-4 to increase insulin, has a good profile, weight gain of about 6 pounds in 26 weeks, although some people gain weight more, more than that, lowers A1c by 1-1.5%, more efficacious, less side effects than Byetta, also once a day, still nausea is a main side effect, but again less than Byetta, can be used in combination with other oral agents. |
| Victoza | PCP | Reduction in A1c | Today, we met with the representative for Victoza.  We discussed diabetes management and A1c reduction to 1.5 on average with Victoza.  We discussed dosing, formulary status, cost to the patient, as well as which medications it could be used with. |
| Victoza | PCP | Reduction in A1c | Victoza is new GLP-1 analog, which is somewhat different than Byetta, in that its 97 similar to the human GLP-1, use for type 2 diabetes and adjunct to diet and exercise if metformin alone has not been effective, results in significant weight loss, effective A1c drop of 1-1.5%.  Pen device contains all three doses.  The starting dose is 0.6 mg and can dial up to 1.2 or 1.8 on the pen without having to write a separate prescription for another pen. |
| Victoza | PCP | Reduction in A1c | We discussed the use of Victoza as a GLP-1 agonist, in comparison to Byetta, which was twice a day.  We discussed the hemoglobin A1c reduction, starting dose of 0.6 mg, and titrating up to 1.2 in a week.  We discussed the ease of use with the pen system. |
| Victoza | PCP | Reduction in A1c | new product which is a GLP-1 agonist...once a day injection....lowers A1c by 1-1.5% |
| Victoza | PCP | Reduction in A1c | lowers a1c by 1 - 1.5 less nausea than byetta once per day regardless of meals |
| Victoza | PCP | Reduction in A1c | new once daily injectable incretomimetic drug. lowers A1c up to 1.0 points. weight loss averages 6 pounds. control of A1c and weight loss persists over 1 year. pen device similar to flexpen. discussed 3 doses available. |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| | PCP | | I discussed how I like Victoza more than Byetta, the once a day product, but I was hoping for more samples. She was going to leave 2, but she left 4 instead. And also mentioned they have the coupon copay cards bringing its on formulary but it's 3rd tier and they want to bring it down to 2nd tier. And so we discussed that and I called 2 of my patients that I was hoping to get on Victoza while she was still there just so I can show them how to use the shot themselves in the office. |
| Victoza | | Safety | And she was very excited I had already had 3 patients on the product. |
| Victoza | PCP | Safety | new once daily injectable incretomimetic drug. lowers A1c up to 1.0 points. weight loss averages 6 pounds. control of A1c over 1 year. pen device similar to flexpen. discussed 3 doses available. |
| Victoza | PCP | Safety | new diabetic med activates GLP-1 receptors long half life - inject only once daily some weight loss - no weight gain same FlexPen used for all 3 doses warning on thyroid cancer |
| Victoza | PCP | Studies | Discussed cancer findings in clinical trials. |
| | PCP | | Novo Nordisk reps came in today, and brought in some samples, and information on Victoza. We discussed the dosing, and we start at 0.6, go to 1.2, to 1.8 mg per day, and that it's a one time a day medication. They also brought in some patient support materials, which will actually be very helpful. They gave me a head-to-head study to look at, if I'd like. |
| Victoza | | Studies | And, that was about it. Thank you. Bye. |
| Victoza | PCP | Studies | Discussed the way the medicine works, that it's once a day, discussed the warnings about medullary carcinoma of the thyroid, was given a head-to-head study between this and Byetta. |
| | PCP | | This was a rep bringing in one of their sort of medical scientific people, a woman whose a certified diabetes educator and is sort of more scientifically involved, sort of keeps up with the literature having to do with the data on Victoza, and including more recent things that haven't necessarily been published yet, so we had a back and forth about this. It was all |
| Victoza | | Studies | part of their launch of this new drug, so had a lengthy discussion about it and they, they brought lunch. |
| Victoza | PCP | Targets Beta Cells | Rep and I discussed the recent letter from Novo Nordisk regarding Victoza block, I'm sorry, black-box warning regarding thyroid cell CA and risk of pancreatitis with Victoza. |
| Victoza | PCP | Targets Beta Cells | It was a new medicine for diabetes with good effect, but there was a report that come out about increased risk with T cell cancers of the thyroid or thymus and we were going to get that report and let me look over it before I decided to prescribe Victoza. |
| Victoza | PCP | Targets Beta Cells | Victoza's a new GLP drug to lower blood sugar in diabetics. It's a once daily injection. It's easy to use. Patients need to still have beta cell function for this to work. It's a good drug for add-on to therapy such as metformin. Generally leads to weight loss. End. |
| Victoza | PCP | Targets Beta Cells | Victoza is a GLP-1 analog that works with the body to help regulate blood sugar after the meals, which does improve, delay gastric emptying, and helps decrease glucagon secretion, and also increase beta cell secretion of insulin. It is a once a day drug, which is tolerated very well, with GI side effects being the most common side effect. Dose is started at 0.6 for the first week, then 1.2, then 1.8 mg. And, prescriptions come with two or three pens at a time. Injection, again, is once a day; it lasts all day. And, formulary coverage is getting better. And, has hemoglobin reductions of up to 1.5% or 1.8%, especially in combination with metformin. |
| Victoza | PCP | Targets Beta Cells | Patient, rep came in to talk about Victoza again, formulary status updates on starter kits, which are not yet available and rumors that have been discussed around its cancer risks. The package insert was reviewed and the C-cell tumor risk was discussed briefly. No new information was discussed regarding this drug, not compared to any other drugs. |
| Victoza | PCP | Targets Beta Cells | Once daily dosing, works on the GLP-1 first pass insulin, improves beta cell function, et cetera. Warning is out on the thyroid cancer cells. However, this has only been proven in rats. So, it will be determined in the future what precautions we must take. |
| | PCP | | The topic discussed today was on the new medication, Victoza, basically to use in a type 2 diabetes. It's in injectable form which sounds pretty good from the standpoint you can get hemoglobin A1c lowering up to 1 to 1.5 and also no weight gain. As a matter of fact, there is some weight loss with the product. There's a black-box warning which, you know, any time that's introduced, even though it's a sort of aware of thyroid C-cell tumor, it's still the question mark is anybody, any |
| Victoza | | Targets Beta Cells | patients that look at something like that when you start explaining it to them are very hesitant with the medication. Thanks. |
| Victoza | PCP | Targets Beta Cells | Next medication to add after metformin and before insulin. Works with the beta cells to lower HbAlc. Also helps with weight loss. |
| Victoza | PCP | Targets Beta Cells | discussed positioning of this tx option convenient dosing reviewed dosing titration may preserve beta cell fct no significant hypoglycemia |
| Victoza | PCP | Tolerability/Si de Effects | We discussed using Victoza in patients with diabetes. It's a once a day treatment, different from Byetta in that its once a day. We discussed safety, side effects and efficacy as far as lowering the HbA1c. |
| Victoza | PCP | Tolerability/Si de Effects | Efficacy, flexible dosing. Pen starts at 0.6 and can be titrated up to 1.8, usually well-tolerated. Nausea most often seem going from 0.6 to 1.2, can be titrated up gradually. Helps reduce blood sugars, appetite and weight with q.d. dosing. |
| Victoza | PCP | Tolerability/Si de Effects | We discussed the efficacy in the treatment of diabetes. It is once a day dosing, easy to titrate. Well tolerated. It reduces the hemoglobin A1c by more than 1.4%. Low incidence of hypoglycemia, and next, the people lose weight, so it's also very good for people who are overweight. It, it causes the weight loss. And, it is covered on Blue Cross Blue Shield and Medicare. |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| | PCP | | Victoza is a GLP-1 analog that works with the body to help regulate blood sugar after the meals, which does improve, delay gastric emptying, and helps decrease glucagon secretion, and also increase beta cell secretion of insulin.  It is a once a day drug, which is tolerated very well, with GI side effects being the most common side effect.  Dose is started at 0.6 for the first week, then 1.2, then 1.8 mg.  And, prescriptions come with two or three pens at a time.  Injection, again, is once a day; it lasts all day.  And, formulary coverage is getting better.  And, has hemoglobin reductions of up to 1.5% or 1.8%, especially in combination with metformin. |
| Victoza | PCP | Tolerability/Side Effects | |
| Victoza | PCP | Tolerability/Side Effects | side effects |
| Victoza | PCP | Tolerability/Side Effects | We discussed Victoza as being a new medication similar to Byetta, but with less weight gain and more GI tolerability, how it's great as an add-on to other oral medications for blood sugar control and patients that may not be ready yet for insulin. |
| Victoza | PCP | Tolerability/Side Effects | A new agent.  It's a new agent.  Works as Byetta.  It is more effective with reduction of hemoglobin A1c by 1 to 1.5% and also less nausea and well tolerated. |
| Victoza | PCP | Tolerability/Side Effects | Victoza is a once-a-day medication for DDP blockage and does not have the nausea side effects of Byetta. |
| Victoza | PCP | Tolerability/Side Effects | Victoza's a new once a day injection similar to Byetta, works on the DTP-4 to increase insulin, has a good profile, weight gain of about 6 pounds in 26 weeks, although some people gain weight more, more than that, lowers A1c by 1-1.5%, more efficacious, less side effects than Byetta, also once a day, still nausea is a main side effect, but again less than Byetta, can be used in combination with other oral agents. |
| Victoza | PCP | Tolerability/Side Effects | Victoza, new GLP-1 agonist, for use in treating type 2 diabetes.  It is a very good adjunct to metformin.  Similar to competitor product, Byetta.  Will provide weight loss.  However, Victoza is once a day, once daily injection, as opposed to b.i.d. for competitor product.  Well tolerated by patients, with side effect being nausea. |
| Victoza | PCP | Tolerability/Side Effects | We spoke about Victoza, its dosing, its, the pen, which is like the FlexPen.  We spoke about it, compare, how it works, the mechanism, how it compares to Byetta.  We spoke about possible potential side effects and problems, including pancreatitis, and thyroid cancers.  Spoke about pricing, and formulary coverage. |
| Victoza | PCP | Tolerability/Side Effects | New GLP-1 inhibitor that is once daily compared to Byetta, a much more of an analog as opposed to a mimicker, longer half life, same efficacy if not better and well-tolerated, also discussed formulary status and patient selection for this drug. |
| Victoza | PCP | Tolerability/Side Effects | Victoza is a GLP-1 analog that has the advantage of being drug specifically from human GLP-1 as opposed to an animal source.  It also is once a day.  It does have problems with nausea, but does have significant weight loss associated with it.  When added to metformin, provides additional reductions in A1c levels.  Problems with cancer development in animals was reviewed. |
| Victoza | PCP | Tolerability/Side Effects | once daily glp1 analog.  unlike byetta minimal nausea. |
| Victoza | PCP | Tolerability/Side Effects | lowers a1c by 1 - 1.5 less nausea than byetta once per day regardless of meals |
| Victoza | PCP | Tolerability/Side Effects | efficacy, side effects, safty, ins coverage, cards for help with co-pay |
| Victoza | PCP | Use After Metformin | Second in line after metformin. |
| Victoza | PCP | Use After Metformin | We again talked about the fact that Victoza's once a day, provides weight loss, is associated with a significant drop in A1c, and is an excellent add-on to something like metformin, with little hypoglycemia when used that way. |
| Victoza | PCP | Use After Metformin | We discussed Victoza and using it in diabetics with need for weight loss and improvement in their sugars, patients already on metformin or metformin and Actos, about adding it to them.  We only had a five minute discussion as we discussed most, a few days ago this medication. |
| Victoza | PCP | Use After Metformin | Discussed Victoza, and the benefits of prescribing Victoza to selected patients, seeing the A1c reduction of up to 1.5, usually starting out in the mid 8s, and weight reduction, as well, especially as an add-on to metformin, or in metformin failures.  Asked me to prescribe it in, in selected patients. |
| Victoza | PCP | Use After Metformin | Victoza's a new GLP drug to lower blood sugar in diabetics.  It's a once daily injection.  It's easy to use.  Patients need to still have beta cell function for this to work.  It's a good drug for add-on to therapy such as metformin.  Generally leads to weight loss.  End. |
| | PCP | Use After Metformin | Victoza is a GLP-1 analog that works with the body to help regulate blood sugar after the meals, which does improve, delay gastric emptying, and helps decrease glucagon secretion, and also increase beta cell secretion of insulin.  It is a once a day drug, which is tolerated very well, with GI side effects being the most common side effect.  Dose is started at 0.6 for the first week, then 1.2, then 1.8 mg.  And, prescriptions come with two or three pens at a time.  Injection, again, is once a day; it lasts all day.  And, formulary coverage is getting better.  And, has hemoglobin reductions of up to 1.5% or 1.8%, especially in combination with metformin. |
| Victoza | PCP | Use After Metformin | a1c reduction of 1.7% in combo w metformin |
| Victoza | PCP | Use After Metformin | when added to metformin significantly lowers hgba1c; once daily dosing |
| Victoza | PCP | Use After Metformin | Next medication to add after metformin and before insulin. Works with the beta cells to lower HbAlc. Also helps with weight loss. |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | Use After Metformin | This is a new product and we discussed dosing.  We discussed safety.  We had a long discussion about the meaning of the FDAs black box warning, how it came about, her emphasis that this reflected an overly vigilant FDA, and that Januvia and Byetta have similar issues as did metformin when it first came out.  We discussed patient selection, A1c reductions, weight reduction in patients who use this product and overall benefits, once a day use, and how to use it.  She had a demonstration pen. |
| Victoza | PCP | Use After Metformin | Victoza is a GLP-1 analog that has the advantage of being drug specifically from human GLP-1 as opposed to an animal source.  It also is once a day.  It does have problems with nausea, but does have significant weight loss associated with it.  When added to metformin, provides additional reductions in A1c levels.  Problems with cancer development in animals was reviewed. |
| Victoza | PCP | Use After Metformin | The Victoza would be good for patients who are not responding to metformin, and don't need or want insulin at the time, like in transportation people.  It does have some weight loss, and is very tolerable. |
| Victoza | PCP | Use After Metformin | Victoza, new GLP-1 agonist, for use in treating type 2 diabetes.  It is a very good adjunct to metformin.  Similar to competitor product, Byetta.  Will provide weight loss.  However, Victoza is once a day, once daily injection, as opposed to b.i.d. for competitor product.  Well tolerated by patients, with side effect being nausea. |
| Victoza | PCP | Use After Metformin | Victoza is new GLP-1 analog, which is somewhat different than Byetta, in that its 97 similar to the human GLP-1, use for type 2 diabetes and adjunct to diet and exercise if metformin alone has not been effective, results in significant weight loss, effective A1c drop of 1-1.5%.  Pen device contains all three doses.  The starting dose is 0.6 mg and can dial up to 1.2 or 1.8 on the pen without having to write a separate prescription for another pen. |
| Victoza | PCP | Use After Metformin | Victoza 0.6 for one week and then 1.2 mg, once a day advantage, no weight gain, in fact there's some weight loss, no hypoglycemia, before insulin, can use it after metformin. |
| Victoza | PCP | Use After Metformin | Asked about any recent starts on Victoza and reminded that Victoza is not necessarily a third or fourth line agent and can be use for those patients who either do not tolerate metformin or need further hemoglobin A1c control with metformin, went over dosing regimen and recommendations regarding increase in dose of 1.2-1.8 mg daily based on need for further weight loss, and the fact that both the 1.2 and 1.8 have an approximate 1.5% decrease in hemoglobin A1c. |
| Victoza | PCP | Use After Metformin | Discussed using Victoza in type 2 diabetic patients as an adjunct to metformin.  Victoza's new GLP-1 agonist, has been shown to cause sustained weight loss in a once daily injection. |
| Victoza | PCP | Use After Metformin | best used as add-on to metformin. once daily injection. added benefit of wt loss in most patients |
| Victoza | PCP | Use After Metformin | use it with pts not contrilled on metformin |
| Victoza | PCP | Use After Metformin | once daily GLP1 inhibitor for use w/ metformin. |
| Victoza | PCP | Use After Metformin | superiority to byetta, second line product after metformin |
| Victoza | PCP | Weight Loss | We again talked about the fact that Victoza's once a day, provides weight loss, is associated with a significant drop in A1c, and is an available add-on to something like metformin, with little hypoglycemia when used that way. |
| Victoza | PCP | Weight Loss | Victoza's a new GLP-1 mimic, which has a half-life of eleven hours, and therefore, can, can only be given once a day.  It has, it has weight loss possibilities, greater than Byetta, and a 2.2% decrease in hemoglobin A1c, in both metabolic syndrome patients, as well as diabetes 2 patients. |
| Victoza | PCP | Weight Loss | We talked about the expected drop in A1c, possibility of significant weight loss, once a day dosing and little bit about formulary coverage. |
| Victoza | PCP | Weight Loss | The topic discussed today was on the new medication, Victoza, basically to use in a type 2 diabetes.  It's in injectable form which sounds pretty good from the standpoint you can get hemoglobin A1c lowering up to 1 to 1.5 and also no weight gain.  As a matter of fact, there is some weight loss with the product.  There's a black-box warning which, you know, any time that's introduced, even though it's a sort of aware of thyroid C-cell tumor, it's still the question mark is anybody, any patients that look at something like that when you start explaining it to them are very hesitant with the medication.  Thanks. |
| Victoza | PCP | Weight Loss | We discussed Victoza and using it in diabetics with need for weight loss and improvement in their sugars, patients already on metformin or metformin and Actos, about adding it to them.  We only had a five minute discussion as we discussed most, a few days ago this medication. |
| Victoza | PCP | Weight Loss | She let me know that concerning Victoza, has been some type of an issue with the iScribe program not being able to use Victoza, and apparently was supposed to be uploaded today, and she let me know that that was the case.  I will check that out as I go through it.  Also, she wanted to let me know that the weight loss with Victoza is very dramatic. |
| Victoza | PCP | Weight Loss | Rep just wanted to share some experiences that other doctors in town were having with Victoza, both in control of glucose levels, as well as weight loss. |
| Victoza | PCP | Weight Loss | Victoza is a new medication liraglutide rDNA origin injection for diabetes.  I received an instant savings card and it's a program for Victoza and you can, you have 2 ways to save up to $25 on this or the first 6 Victoza prescriptions.  It's once a day and it decreases weight so people lose weight with it. |
| Victoza | PCP | Weight Loss | New once a day injection similar to Byetta, similarly shows no weight gain and in fact weight loss.  Simple dosing with convenient pen.  Started at recommended lower dose than you are actually working up to the recommended daily dose.  Indicated in conjunction with all available oral medications.  No indication yet with use of insulin. |
| Victoza | PCP | Weight Loss | Discussed on improved weight loss with this medication, along with better diabetic control.  Rep requested that give it a try and would be really pleased with the results. |
| Victoza | PCP | Weight Loss | New once a day GLP-1, three doses, one pen, also a lot of weight loss is seen in the patients using Victoza. |

| Brand | Specialty | Type | Physician Verbatim |
|---|---|---|---|
| Victoza | PCP | Weight Loss | Victoza is a GLP-1 receptor agonist, that is used q.d. as an injectable, and it has the benefit of lowering A1c by about 1.2%, as well as promoting weight loss. |
| Victoza | | Weight Loss | Type 2 diabetic to help lose weight and before insulin. |
| Victoza | PCP | Weight Loss | The Novo Nordisk folks came in today and we had lunch. Their primary product was, that they talked about, was Victoza, its uses, left samples. We talked about weight loss and they just wanted to know if we'd had any problems with the medication. They left both vouchers, coupons and samples and we talked probably about 6-10 minutes just about the product itself and its uses and that was mainly it. |
| Victoza | PCP | Weight Loss | Victoza's a new GLP drug to lower blood sugar in diabetics. It's a once daily injection. It's easy to use. Patients need to still have beta cell function for this to work. It's a good drug for add-on to therapy such as metformin. Generally leads to weight loss. End. |
| Victoza | PCP | Weight Loss | We discussed the efficacy in the treatment of diabetes. It is once a day dosing, easy to titrate. Well tolerated. It reduces the hemoglobin A1c by more than 1.4%. Low incidence of hypoglycemia, and next, the people lose weight, so it's also very good for people who are overweight. It, it causes the weight loss. And, it is covered on Blue Cross Blue Shield and Medicare. |
| Victoza | PCP | Weight Loss | New product for diabetes and once a day injection with the effect on weight loss. |
| Victoza | PCP | Weight Loss | Victoza is the first once daily human glucagon-like peptide analog for the treatment of type 2 diabetes. It is indicated as an adjunct to diet and exercise to improve blood sugar control in adult with type 2 diabetes mellitus. It can be used as monotherapy and also in combination with standard diabetes treatments. It produce significant reductions in A1c and also was associate with weight loss. |
| Victoza | PCP | Weight Loss | dosing, mono and combo therapy, formulary, weight loss |
| Victoza | PCP | Weight Loss | use once a day, pt experience significant weight loss |
| Victoza | PCP | Weight Loss | similar to human , pt lose weight and once a day dosing |
| Victoza | PCP | Weight Loss | Next medication to add after metformin and before insulin. Works with the beta cells to lower HbAlc. Also helps with weight loss. |
| Victoza | PCP | Weight Loss | This was a discussion about Victoza, the new once a day drug for diabetes, weight loss situation, dosing three, three gradations, $25 rebate at the email, excuse me, EDE, an E, rebate E by internet at the pharmacies, urged my use and gave me some samples and compared it to Byetta. |
| Victoza | PCP | Weight Loss | Asked about any recent starts on Victoza and reminded that Victoza is not necessarily a third or fourth line agent and can be use for those patients who either do not tolerate metformin or need further hemoglobin A1c control with metformin, went over dosing regimen and recommendations regarding increase in dose of 1.2-1.8 mg daily based on need for further weight loss, and the fact that both the 1.2 and 1.8 have an approximate 1.5% decrease in hemoglobin A1c. |
| Victoza | PCP | Weight Loss | Rep discussed Victoza once-a-day weight loss. Especially stressed weight loss and availability and how it should be easier to get patients to go with this than the Byetta. We will see. It is still a needle. |
| Victoza | PCP | Weight Loss | Victoza 0.6 for one week and then 1.2 mg, once a day advantage, no weight gain, in fact there's some weight loss, no hypoglycemia, before insulin, can use it after metformin. |
| Victoza | PCP | Weight Loss | Victoza is a GLP-1 analog that has the advantage of being drug specifically from human GLP-1 as opposed to an animal source. It also is once a day. It does have problems with nausea, but does have significant weight loss associated with it. When added to metformin, provides additional reductions in A1c levels. Problems with cancer development in animals was reviewed. |
| Victoza | PCP | Weight Loss | The Victoza would be good for patients who are not responding to metformin, and don't need or want insulin at the time, like in transportation people. It does have some weight loss, and is very tolerable. |
| Victoza | PCP | Weight Loss | Discussed using Victoza in type 2 diabetic patients as an adjunct to metformin. Victoza's a new GLP-1 agonist, has been shown to cause sustained weight loss in a once daily injection. |
| Victoza | PCP | Weight Loss | Victoza, new GLP-1 agonist, for use in treating type 2 diabetes. It is a very good adjunct to metformin. Similar to competitor product, Byetta. Will provide weight loss. However, Victoza is once a day, once daily injection, as opposed to b.i.d. for competitor product. Well tolerated by patients, with side effect being nausea. |
| Victoza | PCP | Weight Loss | Victoza is new GLP-1 analog, which is somewhat different than Byetta, in that its 97 similar to the human GLP-1, use for type 2 diabetes and adjunct to diet and exercise if metformin alone has not been effective, results in significant weight loss, effective A1c drop of 1-1.5%. Pen device contains all three doses. The starting dose is 0.6 mg and can dial up to 1.2 or 1.8 on the pen without having to write a separate prescription for another pen. |
| Victoza | PCP | Weight Loss | new diabetic med activates GLP-1 receptors long half life - inject only once daily some weight loss - no weight gain same FlexPen used for all 3 doses warning on thyroid cancer |
| Victoza | PCP | Weight Loss | best used as add-on to metformin. once daily injection. added benefit of wt loss in most patients |
| Victoza | PCP | Weight Loss | qd med with good wt loss |
| Victoza | PCP | Weight Loss | new once daily injectable incretomimetic drug. lowers A1c up to 1.0 points. weight loss averages 6 pounds. control of A1c and weight loss persists over 1 year. pen device similar to flexpen. discussed 3 doses available. |
| Victoza | PCP | Weight Loss | once daily injection for rx of type 2 diabetes with weight loss benefi |
| Victoza | PCP | Weight Loss | indications...promotes wt loss...formulary...once daily dosing...less hypoglycemia...safety |
| Victoza | PCP | Weight Loss | New GLP product for diabetes, injectable once a day, may make patient lose weight and advantage over Januvia, for example, where there's no loss, weight loss, samples given by the rep to try. |



# US Weekly Launch Tracker

**Weeks Since Launch : 7**
**Week Ending : 3/26/2010**

**Physician Verbatims – Reasons for Switching**
Source: ImpactRx report dated 03/19/2010

Back

| Switch From | Switch To | Specialty | Reason For Switching |
|---|---|---|---|
| JANUVIA | Byetta | ENDO | Better efficacy with exenatide |
| SYMLIN | Byetta | ENDO | Not effective |
| AMARYL | Januvia | ENDO | Hypoglycemia |
| AVANDIA | Januvia | ENDO | Recent media news  patient is concerned about heart disease |
| BYETTA | Januvia | ENDO | Intolerant |
| GLIPIZIDE | Januvia | ENDO | Hypoglycemia |
| GLUCOPHAGE | Januvia | ENDO | Increased creatinine |
| GLUCOPHAGE | Januvia | ENDO | Not efficient |
| GLUCOTROL | Januvia | ENDO | Wt gain |
| GLUCOVANCE | Januvia | ENDO | Hypoglycemia |
| JANUVIA | Januvia | ENDO | Not sufficient |
| METFORMIN HCL | Januvia | ENDO | Need better control |
| METFORMIN HCL | Januvia | ENDO | Not effective |
| METFORMIN HCL | Januvia | ENDO | Uncontrolled on monotherapy |
| METFORMIN HCL | Januvia | ENDO | not strong enouth |
| METFORMIN HCL | Januvia | ENDO | Not controlled |
| METFORMIN HCL | Januvia | ENDO | Changed to combination pill |
| METFORMIN HCL | Januvia | ENDO | Creatinine too high to stay on the drug |
| METFORMIN HCL | Januvia | ENDO | Changed to combination pill |
| METFORMIN HCL | Januvia | ENDO | Poor control |
| METFORMIN HCL | Januvia | ENDO | Escalation |
| NOVOLOG | Januvia | ENDO | Felt exacerbate asthma |
| ACTOS | Onglyza | ENDO | Edema |
| GLYBURIDE | Onglyza | ENDO | Hypoglycemia |
| JANUVIA | Onglyza | ENDO | risk of pancreatitis |
| JANUVIA | Onglyza | ENDO | ?pancreatitis |
| VICTOZA | Onglyza | ENDO | Intolerance dueto nausea and diarrhea |
| BYETTA | Victoza | ENDO | Once a day dosinh |
| BYETTA | Victoza | ENDO | Pt prefers 1 injection/day |
| BYETTA | Victoza | ENDO | Unable to remember second shot |
| BYETTA | Victoza | ENDO | To improve compliance |
| BYETTA | Victoza | ENDO | Pancreatitis risk |
| BYETTA | Victoza | ENDO | Pt preference |
| BYETTA | Victoza | ENDO | Insurance covrage |
| BYETTA | Victoza | ENDO | Pancreatiti risk |
| BYETTA | Victoza | ENDO | Efficacy |
| BYETTA | Victoza | ENDO | Not compliant |
| BYETTA | Victoza | ENDO | Non compliance |
| BYETTA | Victoza | ENDO | Uncontrolled sugars |
| BYETTA | Victoza | ENDO | Convenience. |
| BYETTA | Victoza | ENDO | Side effect |
| BYETTA | Victoza | ENDO | Pancreatitis |
| BYETTA | Victoza | ENDO | Weight gain |
| BYETTA | Victoza | ENDO | Nausea |
| BYETTA | Victoza | ENDO | Unable to do twice a day injection |
| BYETTA | Victoza | ENDO | Nausea with byetta |

| Switch From | Switch To | Specialty | Reason For Switching |
|---|---|---|---|
| GLIMEPIRIDE | Victoza | ENDO | Hypoglycemia |
| HUMALOG | Victoza | ENDO | change of regimen |
| HUMALOG | Victoza | ENDO | Convenience |
| JANUMET | Victoza | ENDO | Weight loss |
| JANUVIA | Victoza | ENDO | Treatment failure |
| JANUVIA | Victoza | ENDO | Weight loss . |
| JANUVIA | Victoza | ENDO | Weight loss |
| JANUVIA | Victoza | ENDO | Uncontrolled BS |
| JANUVIA | Victoza | ENDO | More effective |
| JANUVIA | Victoza | ENDO | Lack of efficacy |
| JANUVIA | Victoza | ENDO | Treatment failure |
| JANUVIA | Victoza | ENDO | Associated weight loss |
| JANUVIA | Victoza | ENDO | Assist with Weight loss |
| GLIPIZIDE-METFORMIN HCL | Byetta | PCP | Acidosis with metformin |
| ACTOPLUS MET | Januvia | PCP | caused weight gain |
| ACTOS | Januvia | PCP | Weight gain |
| ACTOS | Januvia | PCP | Edema |
| ACTOS | Januvia | PCP | Side effects |
| ACTOS | Januvia | PCP | Patient request |
| ACTOS | Januvia | PCP | Chf |
| ACTOS | Januvia | PCP | Copay too high |
| ACTOS | Januvia | PCP | Leg edema |
| AVANDAMET | Januvia | PCP | News controversy |
| AVANDAMET | Januvia | PCP | Pt request change due to news |
| AVANDAMET | Januvia | PCP | Safety concerns : CAD ..on Media lately.. |
| AVANDIA | Januvia | PCP | Discontinued due to concerns over cad risk |
| AVANDIA | Januvia | PCP | CV risk w. Drug |
| AVANDIA | Januvia | PCP | Concers over cv side effects |
| AVANDIA | Januvia | PCP | concern about side effects. Hypoglycemia |
| AVANDIA | Januvia | PCP | Heard something on tv not comfortable with the medication |
| GLIPIZIDE XL | Januvia | PCP | Hypoglycemia |
| GLUCOPHAGE | Januvia | PCP | Not efective enough |
| GLUCOPHAGE | Januvia | PCP | Add januvia |
| GLUCOPHAGE | Januvia | PCP | Renal insufficiency |
| GLUCOPHAGE | Januvia | PCP | Uncont dm |
| GLUCOPHAGE | Januvia | PCP | Uncont dm |
| GLUCOPHAGE | Januvia | PCP | Poor BS control |
| GLUCOVANCE | Januvia | PCP | To avoid morning hypoglycemia |
| GLUCOVANCE | Januvia | PCP | Ineffective glucose control |
| GLYBURIDE | Januvia | PCP | Poorly controlled |
| JANUVIA | Januvia | PCP | Was the only samples we had |
| JANUVIA | Januvia | PCP | Titration of metformin and januvia |
| LANTUS SOLOSTAR | Januvia | PCP | Patient wanted off injections |
| METFORMIN HCL | Januvia | PCP | For better control of the diabetes |
| METFORMIN HCL | Januvia | PCP | Diarrhea |
| METFORMIN HCL | Januvia | PCP | Inadequate control |
| METFORMIN HCL | Januvia | PCP | Did not control BS and want weight loss with the Januvia |
| METFORMIN HCL | Januvia | PCP | Suboptimal A1c |
| METFORMIN HCL | Januvia | PCP | Not at goal |
| METFORMIN HCL | Januvia | PCP | Not at target |
| METFORMIN HCL | Januvia | PCP | Needs greater control |
| METFORMIN HCL | Januvia | PCP | Not good control |
| METFORMIN HCL | Januvia | PCP | Has diarrhea |

| Switch From | Switch To | Specialty | Reason For Switching |
|---|---|---|---|
| METFORMIN HCL | Januvia | PCP | Chf renal failure |
| METFORMIN HCL | Januvia | PCP | Increase in efficacy |
| METFORMIN HCL | Januvia | PCP | For better control |
| METFORMIN HCL | Januvia | PCP | Failure of glycemic control |
| METFORMIN HCL | Januvia | PCP | Needs further control |
| METFORMIN HCL | Januvia | PCP | Was not effective |
| METFORMIN HCL | Januvia | PCP | For better control of DM |
| METFORMIN HCL | Januvia | PCP | Sugars too high.  Needed further control |
| METFORMIN HCL | Januvia | PCP | Need lower a1c |
| METFORMIN HCL | Januvia | PCP | Hyperglycemia |
| METFORMIN HCL | Januvia | PCP | Metformin is not controling her  blood sugar. |
| METFORMIN HCL | Januvia | PCP | Efficacy |
| METFORMIN HCL | Januvia | PCP | Not controlled |
| METFORMIN HCL | Januvia | PCP | Inadequate glycemic control |
| METFORMIN HCL | Januvia | PCP | Diarrhea |
| METFORMIN HCL | Januvia | PCP | Poor DM control . |
| METFORMIN HCL ER | Januvia | PCP | Not at goal |
| METFORMIN HCL ER | Januvia | PCP | Improve hba1c |
| ONGLYZA | Januvia | PCP | Formulary issue. |
| ONGLYZA | Januvia | PCP | Not better |
| STARLIX | Januvia | PCP | Side effects |
| ACTOS | Onglyza | PCP | Increase appetite with actos |
| ACTOS | Onglyza | PCP | Fluid retention |
| ACTOS | Onglyza | PCP | Chf |
| ACTOS | Onglyza | PCP | Cost |
| ACTOS | Onglyza | PCP | Edema and weight gain |
| AVANDIA | Onglyza | PCP | Better coverage |
| AVANDIA | Onglyza | PCP | Concerns re safety |
| GLUCOPHAGE | Onglyza | PCP | Kidney functions high |
| JANUVIA | Onglyza | PCP | Wife works for AZ |
| JANUVIA | Onglyza | PCP | Has moderate ESRD |
| JANUVIA | Onglyza | PCP | Better glucose control |
| METFORMIN HCL | Onglyza | PCP | GI side effects |
| METFORMIN HCL | Onglyza | PCP | Chronic kidney disease |
| ACTOS | Victoza | PCP | Not effective |
| AMARYL | Victoza | PCP | persistent weight gain |
| AVANDAMET | Victoza | PCP | Poor control |
| BYETTA | Victoza | PCP | Better efficacy, wt loss |
| BYETTA | Victoza | PCP | Elevated blood sugar |
| BYETTA | Victoza | PCP | Lack of efficacy |
| BYETTA | Victoza | PCP | Compliance |
| BYETTA | Victoza | PCP | Side effects |
| BYETTA | Victoza | PCP | Forgets to take 2X/day |
| BYETTA | Victoza | PCP | Difficulty with byetta dosing |
| BYETTA | Victoza | PCP | Pt having difficulty timing use with meals. |
| BYETTA | Victoza | PCP | Rather once a day dosing |

| Switch From | Switch To | Specialty | Reason For Switching |
|---|---|---|---|
| BYETTA | Victoza | PCP | G I upset |
| GLUCOTROL | Victoza | PCP | Not effective |
| JANUMET | Victoza | PCP | Uncontrolled DM...and she needs to loose Wt. |
| JANUVIA | Victoza | PCP | Not effective |
| NOVOLOG | Victoza | PCP | Want to see it helps with less risk of hypoglysemia |










NEW
**VICTOZA®**
liraglutide (rDNA origin) injection

# US Weekly Launch Tracker
**Weeks Since Launch : 7**
**Week Ending : 3/26/2010**

**Notes from Qualitative Interviews with Physicians**
Source:   Victoza® Launch Monitor

[ Back ]

NOTE: Victoza® Launch Monitor is a market research study in which 150 ENDOs and 150 PCPs who have been detailed on Victoza® will participate in 7-10 minute qualitative interviews during the first 4 weeks after launch.  This is the final Victoza® Launch Monitor report - it reflects data from 22 PCPS, as well as some overall conclusions and recommendations.

Insights after 5 weeks:
_Overwhelming majority of physicians continue to rate the Victoza® detail favorably.
_Victoza® core message is being delivered; aided recall of each of the Victoza® core message components is high, ranging between 86%-95%.
_At least 2 of the 5 Victoza® core message components are recalled on an aided basis by every respondent, and 95% of respondents recall at least 4.
_The Victoza® core message component recalled the most on an unaided basis is "Once daily," followed by "Significant and sustained reductions in A1c" and "Weight loss."
_ Physicians report Byetta is discussed by our representatives in Victoza® details far more than any other brand; uptick in Januvia mentions with PCPs.
_ Physicians continuing to prescribe more Victoza®; still too soon for much patient feedback.
_ Physicians report prescribing Victoza® for patients with T2D who are obese or overweight and need better A1c reduction, some are prescribing Victoza® for metformin failures.
_Pancreatitis was raised as a concern by 20% of ENDOs, and less by PCPs (although there was an uptick during the last week with PCPs).
_Roughly 40% of ENDOs and 53% of PCPs report having no concerns about Victoza®.
_Reports of counterdetailing by competition continue to be rare, but counterdetailing by Amylin and Lilly reps reported most frequently, with MTC most commonly mentioned in competitive details.
_Some physicians say that they would use Victoza® ahead of Januvia as long as the patient was comfortable with injections, demonstrating the importance of overcoming the injection barrier.
_Victoza® continues to be linked with Byetta - Byetta was discussed in approximately 65% of both the ENDO and PCP details discussed.

Overall conclusions:
_The Victoza® story according to surveyed respondents suggests:
1.) First and foremost, Victoza® is a new once-daily T2D medication.
2.) Victoza® and Byetta are each other's competition.
3.) MTC is the most frequently-expressed concern with Victoza®.

Recommendations:
_ For Victoza® to achieve maximal success, the following beliefs need to be instilled in customers:
1.) Victoza® is an appropriate choice for T2D patients after metformin failure.
2.) Victoza® has product attributes which are uniquely beneficial to T2D patients regardless of medication class role beliefs.
3.) The Boxed Warning for MTC is manageable through a simple patient discussion and it is worthwhile to assure patients Victoza  ® is a safe and efficacious product.