UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* KENNEDY, <br><br> Plaintiffs, <br><br> v. <br><br> NOVO A/S, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> )    Civil Action No. 13-1529 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 370(b)(1), ), and analogous state laws, the United States, the Named Plaintiff States, and Relator filed a Stipulation of Dismissal. Upon consideration of the Stipulation, and the papers on file in this action,

**IT IS HEREBY ORDERED:**

1. Consistent with the terms of the July 26, 2017, Settlement Agreement executed by the United States, Novo Nordisk, Inc., and Relator (the "Settlement Agreement") and the settlement agreements between Novo Nordisk, Inc. and the Named Plaintiff States ("Named Plaintiff States' Settlement Agreements"), all claims asserted on behalf of the United States and the Named Plaintiff States against Defendants concerning the Covered Conduct as defined in Paragraph K of the Settlement Agreement and Paragraph J of the Named Plaintiff States' Settlement Agreements are dismissed with prejudice;

2.  All remaining claims by Relator asserted on behalf of the United States and the Named Plaintiff States against Defendants in this action are dismissed without prejudice to the United States and the Named Plaintiff States and with prejudice to Relator;

3.  This dismissal is without prejudice to Relator's claim, if any, for a share of the proceeds of the Federal Settlement Amount pursuant to 31 U.S.C. § 3730(d) or the Medicaid State Settlement Amounts pursuant to any similar state statute.

4.  The Court shall retain jurisdiction to adjudicate, if necessary, Relator Kennedy's claim, if any, to a share of the proceeds of the Total Settlement Amount pursuant to 31 U.S.C. § 3730(d) and pursuant to any similar state statute. This Order does not waive or otherwise affect the ability of the United States, the Named Plaintiff States, or any other person to contend that provisions in the False Claims Act, including 31 U.S.C. §§ 3730(b)(5), 3730(d)(3) and 3730(e), bar Relator from sharing in the proceeds of the settlement.

5.  The Relator's Complaint, the United States' Notice of Intervention In Part and Declination in Part, the Stipulation of Dismissal and this Order, and Relator's filing with respect to her claims on behalf of the City of Chicago in Count XXXIII of the Complaint shall be unsealed. All other filing prior to the date of this Order in this matter shall remain under seal and not made public.

6.  As of the date of this Order, the seal is lifted in this matter, and future filings shall not be made under seal.

**SO ORDERED** this 1st day of September, 2017.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

**Copies to:**

Counsel for the United States of America:

Darrell Valdez
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Darrell.Valdez@usdoj.gov

William E. Olson
Trial Attorney, Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
william.e.olson@usdoj.gov

Plaintiff-States Representatives:

Greg T. Kinskey
Assistant Attorney General
Office of the Texas Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, Texas 78711-2548

Lawrence J. Carcare II
Deputy Attorney General
Medicaid Fraud Control Unit
Office of Indiana Attorney General Curtis Hill
8005 Castleway Drive
Indianapolis, Indiana 46250

Counsel for Relator:

Joel M. Androphy, Esq.
Sarah M. Frazier, Esq.
Berg & Androphy
3704 Travis Street
Houston, TX 77002