UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> ex rel. LESLEY FERRARA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NOVO NORDISK, INC., et al., <br><br> Defendants. | Civil Action Nos. 11-74 (RBW) <br> 11-1596 (RBW) <br> 11-1662 (RBW) <br> 13-221 (RBW) <br> 13-1529 (RBW) <br> 17-791 (RBW) |

**ORDER**

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that Relator Kennedy's Motion for Immediate Award of Relator's Share, ECF No. 96, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to relator Kennedy's request that she be awarded a fifteen percent share of the Total Settlement Amount, as that term is defined in the Settlement Agreement executed by the United States of America, Novo Nordisk, Inc., and the relators in the above-captioned cases. The motion is **DENIED** as to relator Kennedy's request that the Court order the government to pay her this share immediately.[1]  It is further

**ORDERED** that the parties shall appear for a status conference on Wednesday, May 8, 2019, at 11 a.m., to address how the above-captioned cases shall proceed.

**SO ORDERED** this 8th day of April 2019.

REGGIE B. WALTON
United States District Judge

---

[1] Because relator Kennedy did not properly raise her claim for a share of the FDCA Settlement Amount in her motion, this Order does not rule on that claim.